### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HILTI, INC., | ) |
|                Plaintiff, | ) |
| | )  JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| WHITE CAP CONSTRUCTION SUPPLY, INC., | ) |
| | ) |
|                Defendant. | ) |
| | ) |

```
FILED
MARCH 31, 2008            YM
08CV1840
JUDGE DOW
MAGISTRATE JUDGE SCHENKIER
```

## COMPLAINT

For its Complaint against Defendant WHITE CAP CONSTRUCTION SUPPLY, INC., Plaintiff HILTI, INC. alleges as follows:

### JURISDICTION AND VENUE

1.       This action arises under the Lanham Act, 15 U.S.C. §§ 1051 et seq., and related state law claims as hereinafter more fully appear.  Jurisdiction is based upon 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338 and the doctrine of supplemental jurisdiction. (28 U.S.C. § 1367).  Venue is proper in this district under 28 U.S.C. § 1391.  Plaintiff demands a trial by jury in this case.  Fed. R. Civ. P. 38.

### THE PARTIES

2.       Plaintiff HILTI, INC. ("Hilti") is an Oklahoma corporation, with its principal place of business in Tulsa, Oklahoma.  Hilti has based the division managers for two of its sales divisions, as well as a member of its Executive Management Team having national responsibility, in this District.  Hilti has a number of employees in this District, including management and sales personnel.  Hilti operates four retail stores in this District.  Hilti operates one of its major repair facilities in this District.  Hilti has numerous distributor

locations in this District that offer Hilti products.  Hilti frequently holds management

meetings in this District.  Hilti is doing business in this District.

3.      Defendant WHITE CAP CONSTRUCTION SUPPLY, INC. ("White Cap"),

upon information and belief, is a Delaware corporation, with a principal place of business at

3120 Airway Avenue, Costa Mesa, California.  Upon information and belief, White Cap

operates WHITE CAP branded retail stores in this District in Elk Grove Village, Gilberts,

Mokena and South Holland, Illinois, and is doing business in this District.


**HILTI AND ITS EXCELLENT REPUTATION**

4.      Hilti is a leader in developing, manufacturing and marketing added-value, top-

quality products for professional customers in the construction industry and in building

maintenance.  Hilti offers a variety of construction products including drilling and demolition

tools, diamond coring, cutting and sawing systems, direct fastening systems and special

anchors, construction chemicals, installation and measuring systems as well as grinding and

sanding tools.

5.      HILTI branded tools are sold in over 120 countries around the world,

including throughout the United States.  In the United States, Hilti sells its products through

HILTI branded retail stores, third party retail stores, a direct sales force, and its web site,

www.us.hilti.com.  Hilti sells its products in this District.

6.      HILTI branded tools and other products are recognized as being among the

most powerful, durable and reliable products offered to members of the construction

industry.  HILTI branded products are often the yardstick by which competitors' products are

measured.  As a result, Hilti enjoys an excellent reputation throughout the United States

construction industry as the provider of products of only the highest quality.  Hilti's valuable reputation and resulting strong goodwill are assets of incalculable value.

## WHITE CAP AND ITS INFRINGING ACTIONS

7.      White Cap sells third party construction tools and products to construction professionals.  The brands offered by White Cap include BOSCH, SIMPSON, HUSQVARNA and DEWALT.  White Cap does not sell HILTI branded products.

8.      White Cap operates approximately 174 retail stores in the United States under the WHITE CAP mark, including retail stores within this district in Elk Grove Village, Gilberts and Mokena, Illinois.  White Cap also sells its products via its website, www.whitecap.net, and through a direct sales force.  Upon information and belief, White Cap sells products in interstate commerce nationwide.

9.      Commencing sometime no later than March 2008, White Cap began distributing to the construction industry a flyer that purports to compare various third-party brand tool products sold by White Cap with Hilti's products.  A copy of one version of the flyer is attached at Tab A.  ("White Cap Flyer").  The White Cap Flyer advertises "in store specials" for March and April 2008.

10.      The front cover of the White Cap Flyer bears the wording "White Cap takes on the competition" and "See inside for a full line of White Cap – Hilti comparisons."  The front cover of the White Cap Flyer bears the defendant's phone number – 1 800 White Cap – and also promotes its web site – www.whitecap.net.  Further, the WHITE CAP logo and the www.whitecap.net identifiers appear on every page of the White Cap Flyer.  On page 9 of the White Cap Flyer, White Cap states "White Cap goes head to head with Hilti.  When it

3

comes to selection, price and value – it's no contest!"  The "White Cap goes head to head with Hilti" title is repeated at the top of pages 10, 12 – 14 and 16 of the White Cap Flyer.

11.     Upon information and belief, the White Cap Flyer has been mailed by White Cap to construction professionals within Hilti's target customer base in many states around the country.  Upon information and belief, the White Cap Flyer is also made available to construction professionals within White Cap stores.  Upon information and belief, the White Cap Flyer has been distributed or made available to a substantial portion of Hilti customers and potential customers in at least the following states – Arizona, California, Colorado, Florida, Georgia, Illinois, Indiana, Maryland, Missouri, Nevada, North Carolina, South Carolina, Texas, Utah, and Virginia.  The White Cap Flyer is available in the Elk Grove Village White Cap store.

12.     The White Cap Flyer contains a number of comparisons between HILTI branded products and competing branded products offered by White Cap.  These comparisons list various product characteristics for the White Cap offered product, and then apparent corresponding product characteristics for the supposedly comparable Hilti product.  The comparisons between third party branded products and HILTI branded products set forth in the White Cap Flyer contain many false or misleading statements.

13.     For example, on pages 10 and 11, the White Cap Flyer offers a series of comparisons between HILTI branded rotary hammers and BOSCH branded rotary hammers offered by White Cap.  In each case, White Cap falsely understates the maximum drill bit capacity (a main indicator of the drilling capability of the tool) for the HILTI rotary hammer as compared to the BOSCH product.  For example, White Cap lists the TE2 bit capacity as "5/16" inch whereas the capacity is actually ¾ inch, the TE6 bit capacity as "3/8" inch

4

whereas the capacity is actually 1 inch, the TE16 bit capacity as "5/8" inch whereas the capacity is actually 1 inch, the TE56 bit capacity as "3/4" inch whereas the capacity is actually 1 9/16 inch (carbide bit) or 3 9/16 inch (core bit), the TE76 as "3/4 to 1-1/4" inch whereas the capacity is actually ½ inch to 1 9/16 inch (carbide bit), or 6 inches (core bit). Further, White Cap falsely states that Hilti's TE76 rotary hammer has an impact energy (a main indicator of the drilling speed of the tool) of 3.1 foot-pounds, when in fact the impact energy of Hilti's TE76 rotary hammer is 6.1 foot-pounds.

14.     As another example, the White Cap Flyer on page 9 compares the BOSCH 6 inch angle grinder to the HILTI 5 inch angle grinder.  The White Cap Flyer thus falsely suggests that Hilti does not have a 6 inch angle grinder to compete with the BOSCH 6 inch angle grinder product, when in fact, Hilti offers a 6 inch angle grinder.

15.     As another example, page 14 of the White Cap Flyer compares the DD130 diamond coring tool with the WEKA hand-held drill.  The White Cap Flyer falsely states that the DD130 has "no overload protection."

16.     The Hilti product characteristics set forth in the White Cap Flyer are material to the purchasing decision of Hilti customers and potential customers.  White Cap expects Hilti customers and potential customers to purchase competing products offered by White Cap in part because of the false or misleading statements contained in the White Cap Flyer.

17.     The false or misleading statements in the White Cap Flyer are likely to be believed by Hilti's customers or potential customers.  The false or misleading statements in the White Cap Flyer are likely to deceive, and may have actually deceived, a substantial portion of Hilti's customers or potential customers.

18.    White Cap's false or misleading statements about Hilti products in the White Cap Flyer are not the result of innocent error.  White Cap has intentionally and willfully misstated the material characteristics of Hilti's products to further its own business gain.

19.    White Cap's false or misleading statements disparage the quality or performance of Hilti's products.  As a result of White Cap's actions, Hilti will suffer irreparable injury to its goodwill and its business reputation, and will continue to suffer irreparable injury and harm if White Cap is not immediately restrained by this Court from further violation of Hilti's rights.  Hilti believes that White Cap's false or misleading statements are likely to result in a loss of sales of HILTI branded products.  Hilti has no adequate remedy at law.

## COUNT I

### False Or Misleading Advertising

20.    Hilti repeats and realleges each and every allegation of Paragraphs 1 through 19 above, as if here set forth at length.

21.    White Cap has distributed and continues to distribute the White Cap Flyer in interstate commerce.  The White Cap Flyer contains false or misleading descriptions or representations of material fact concerning Hilti's products.  The White Cap Flyer misrepresents the nature, characteristics or qualities of Hilti's products.  The White Cap Flyer promotes the sale in interstate commerce of products which compete with HILTI branded products.

22.    By virtue of its aforementioned acts, White Cap has engaged in false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

## COUNT II

**Violation Of The Illinois Uniform Deceptive Trade Practices Act**

23.     Hilti repeats and realleges each and every allegation of Paragraphs 1 through 22 above, as if here set forth at length.

24.     White Cap has made and continues to make false and misleading descriptions or representations of fact about Hilti's products in the course of advertising and marketing through the White Cap Flyer.  White Cap's descriptions and representations disparage Hilti's products, services and business.

25.     White Cap has willfully performed, and continues to willfully perform, deceptive acts, including making misrepresentations and false statements of material facts about Hilti products in its advertising and marketing claims in the White Cap Flyer.  White Cap intended that others would rely upon the deceptive misrepresentations and false statements of material facts in the White Cap Flyer.

26.     The deception caused by White Cap's advertising and marketing claims in the White Cap Flyer involves interstate trade and commerce, and constitutes a violation of the Illinois Uniform Deceptive Practices, 815 ILCS 510/2 and similar laws of other states.

27.     Hilti has suffered and is continuing to suffer economic losses directly and proximately caused by White Cap's actions.


WHEREFORE, Hilti demands:

A.     That White Cap, together with all officers, agents, servants, employees, attorneys, successors, related companies and assigns of White Cap and its business or

businesses, and all those in active concert or participation with it, be forthwith preliminarily and thereafter permanently enjoined and restrained from:

1.    Printing, mailing, or distributing in any fashion, either in hard copy form or electronic form, including posting on any web site, the White Cap Flyer, any portion of the White Cap Flyer pertaining to Hilti or its products, or any other advertising or promotional material containing false or misleading statements about Hilti or HILTI branded products;

2.    Doing any other act or thing likely to induce deception or confusion among Hilti's customers or potential customers concerning the nature, characteristics, or qualities of Hilti or HILTI branded products, or that otherwise would damage Hilti's goodwill and reputation; and

3.    Unfairly competing with Hilti in any manner whatsoever.

B.    That White Cap be directed to file with the Court and serve upon Hilti within seven (7) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which White Cap has complied with the injunction.

C.    That White Cap be required to recall from all of its stores, sales personnel, agents and distributors all copies of the White Cap Flyer, and deliver for destruction all hard copies and electronic copies of the White Cap Flyer and other advertising or promotional materials containing false or misleading statements about Hilti or HILTI branded products in the possession of White Cap, its officers, agents, servants, employees, attorneys, successors, related companies and assigns, and all those in active concert or participation with them.

D.    That White Cap be required to divulge the identities of those to whom it distributed the White Cap Flyer so that Hilti may issue a corrective advertisement to those persons or businesses, at White Cap's expense.

E.    That this Court find and hold that White Cap has unfairly competed with Hilti by creating and distributing false and misleading advertising.

F.    That Hilti be awarded monetary relief in an amount to be fixed by the Court in its discretion as just, including:

      1.    all profits received by White Cap from sales and revenues of any kind made as a result of its false and misleading advertising, said amount to be trebled;

      2.    all damages sustained by Hilti as a result of White Cap's acts of false and misleading advertising, and that such damages be trebled; and

      3.    all costs associated with corrective advertising issued by Hilti to counteract White Cap's false and misleading advertising.

G.    That, because of the exceptional nature of this case resulting from White Cap's deliberate false and misleading advertising, this Court award to Hilti all reasonable attorneys' fees, costs and disbursements incurred as a result of this action, pursuant to 15 U.S.C. § 1117 and related state claims.

H.    That Hilti shall have such other and further relief as this Court may deem just.

Respectfully submitted,

Dated: March 31, 2008

 s/Philip A. Jones/
Philip A. Jones
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL  60611
(312) 321-4200





# CONTRACTOR TRADER

**March - April 2008**

## in store specials

**7-1/4" WORM-DRIVE SAW**
*NEW MADE IN AMERICA SHIPMENT!*
106-HD77



SKILSAW.

**WITH COUPON!**
SEE INSIDE FOR COUPON
$129.99

$134.99 WITHOUT COUPON
*SPECIAL T-SHIRT & BLADE OFFER - SEE INSIDE!*

**HITACHI SCREWDRIVER**
**POWERED BY LITHIUM-ION**

NOW ON SALE
$44.99
281-DB3DL





**GARAGE SALE**
at all White Cap Stores
**March 12**
**March 13**
**Once a Year Blow Out!**

**WHITE CAP TAKES ON THE COMPETITION**
**BOSCH VS HILTI**
**ROTARY HAMMER**



NOW ON SALE
$179.99
162-11250VSR

*SEE INSIDE FOR A FULL LINE OF WHITE CAP - HILTI COMPARISONS*

**FREE HARD HAT and stickers**

08CV1840
JUDGE DOW        YM
MAGISTRATE JUDGE SHENKIER

*IN-STORE COUPON INSIDE!*

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

**1 800 White Cap • www.whitecap.net**

 

# can't find it?
## We are never out of stock!

### ask about
## White Cap Direct

 **UPS Ground Directly to Your Job Site!**



## Visit a White Cap Store Near You!
### Take Advantage of Unmatched Service and Support, Including:

- **Contractor-quality Power Tools**
- **Accessories & Supplies**
- **Fully Stocked Shelves**
- **Specialty Products**
- **Free Delivery** *on qualified orders*



come walk the aisles in our
**OPEN STORE FORMAT**

**For A Location Near You Call: 1 800 WHITE CAP**

*MARCH & APRIL 2008*    *www.whitecap.net*

# VISIT A [HD SUPPLY.] *White Cap* STORE NEAR YOU
## CONSTRUCTION SUPPLY

**EL PASO, TX**
11167 Pellicano, El Paso, TX 79935
Phone: 915.593.1210 • FAX: 915.593.6041

**HOUSTON, TX**
22820 I-45 N. Bldg. A, Spring, TX 77373
Phone: 281.651.8800 • FAX: 281.651.8801

**HOUSTON, TX**
2300 McCarty St., Houston, TX 77029
Phone: 281.930.0760 • Fax: 713.490.5644

**HOUSTON SOUTH, TX**
4903 W. Sam Houston Pkwy N., Houston, 77041
Phone: 832.467.2600 • FAX: 832.467.2601

**DALLAS, TX**
2015 California Crossing, Dallas, TX 75220
Phone: 972.556.0310 • FAX: 972.506.9178

**DALLAS REBAR, TX**
4900 Singleton, Bldg. #29, Dallas, TX 75212
Phone: 214.905.0410 • Fax: 214.905.0416

**AUSTIN, TX**
3201 Longhorn Blvd., Ste 114, Austin, TX 78758
Phone: 512.836.6565 • Fax: 512.834.8855

**AUSTIN, TX**
20 Strandtman Cove, Austin, TX 78702
Phone: 512.389.3344 • Fax 512.389.3359

**PHARR, TX**
1200 West Polk St., Ste C, Pharr, TX 78577
Phone: 956.283.9130 • Fax: 956.283.0315

**SAN ANTONIO, TX**
10500 Broadway, #200 San Antonio, TX 78217
Phone: 210.590.9444 • Fax: 210.590.9445

**FORT WORTH, TX**
2037 E. Lancaster, Fort Worth, TX 76103
Phone: 817.332.4117 • Fax 817.429.2852

**IRVING, TX**
2215 E. Grauwyler, Irving, TX 75061
Phone: 972.438.3323 • Fax 972.438.2989

**ALLEN, TX**
104 S. Austin Dr. Allen, TX 75013
Phone: 972.727.3371 • Fax 972.727.4011

**SAN ANTONIO, TX**
4215 Factory Hill, San Antonio, TX 78219
Phone: 210.212.4880 • Fax 210.212.4882

**LA PORTE, TX**
1234 Underwood Rd., La Porte, TX 77571
Phone: 281.930.1499 • Fax: 281.930.8092

**BEAUMONT, TX**
2501 Crockett St., Beaumont, TX 77701
Phone: 409.832.0241 • Fax: 409.838.1600

**SULPHUR, LA**
3253 Metric Dr., Sulphur, LA 70665
Phone: 337.708.9988 • Fax: 337.708.0888

**OMAHA, NE**
9950 S. 134th Street Omaha, NE 68138
Phone: 402.592.1250 • Fax: 402.592.1507

**LINCOLN, NE**
1720 Adams Street, Lincoln, NE 68521
Phone: 402.476.1984 • Fax: 402.476.9478

**DES MOINES, IA**
1631 Second Ave., Des Moines, IA 50314
Phone: 515.243.6969 • Fax: 515.243.6640

**IOWA CITY, IA**
2003 S. Gilbert Street, Iowa City, IA 52240
Phone: 319.337.4681 • Fax: 319.337.9619

**DAVENPORT, IA**
724 West Second Street, Davenport, IA 52802
Phone: 563.386.2922 • Fax: 563.386.2741

**CEDAR RAPIDS, IA**
830 33rd Avenue, SW, Cedar Rapids, IA 52404
Phone: 319.247.2142 • Fax: 319.247.2893

**SPRINGDALE, AR**
3670 Elm Springs Road, Springdale, AR 72762
Phone: 479.927.0300 • Fax: 479.927.0303

**SPRINGFIELD, MO**
423 North Belcrest Ave, Springfield, MO 65802
Phone: 417.832.8837 • FAX: 417.865.1136

**KANSAS CITY, MO**
1907 Warren St., N. Kansas City, MO 64116
Phone: 816.471.1188 • FAX: 816.471.1199

**SCHERERVILLE, IN**
524 Kennedy Ave, Schererville, IN 46375
Pho: 219.322.9300 • Fax: 219.322.9400

**VALPARAISO, IN**
1156 Horse Prairie Rd, Valparaiso, IN 46385
Pho: 219.464.8805 • Fax: 219.464.8806

**INDIANAPOLIS, IN (WEST)**
7130 West McCarty, Indianapolis, IN 46241
Phone: 317.260.4300 • FAX: 317.260.4301

**INDIANAPOLIS, IN (EAST)**
6433 E. 30th Street Indianapolis, IN 46219
Phone: 317.543.4475 • FAX: 317.549.0270

**FORT WAYNE, IN**
4510 Industrial Road, Ft. Wayne, IN 46825
Phone: 260.482.9757 • FAX: 260.483.1243

**ELK GROVE VILLAGE, IL**
2400 Landmeier Rd, Elk Grove Village, IL 60007
Pho: 847.427.1600 • Fax: 847.427.1616

**MOKENA, IL**
8124 W. 188th St., Ste. B, Mokena, IL 60448
Pho: 815.464.8828 • Fax: 815.464.8868

**GILBERTS, IL**
323 Sola Dr, Gilberts, IL 60136
Pho: 847.426.8008 • Fax: 847.426.8009

**LOUISVILLE, KY**
4504 Poplar Level Road, Louisville, KY 40213
Phone: 502.964.3385 • FAX: 502.968.2034

**CINCINNATI, OH**
9474 W Sutton Pl, Hamilton, OH 45011
Phone: 513.682.7420 • FAX: 513.682.7421

**COLUMBUS, OH**
2365 Scioto Harper Dr. Columbus, OH 43204
Phone: 614.275.3330 • FAX: 614.275.3339

**CLEVELAND, OH**
7860 Pleasant Valley Rd., Independence, OH 44131
Phone: 216.642.9225 • FAX: 216.642.9235

**SOUTH HOLLAND REBAR, IL**
15810 Suntone Dr., South Holland, IL 60473
Pho: 708.225.1010 • Fax: 708.225.1515

---

**Store Hours:** Most Stores Open Mon - Fri 7am - 5pm. Some Stores Open Sat 8am - Noon. Call Store for Details.

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

www.whitecap.net    *MARCH & APRIL 2008*    [HD SUPPLY] *White Cap*    1

# 2nd Annual HOT ROD SHOW

## AT WHITE CAP IN BEAUMONT, TX
### SPECIAL BLOW-OUT SALE PRICES!



**MAR 13**
**10AM-3PM**



*VENDOR DEMOS*

**Free Lunch!**

**2501 CROCKETT ST., BEAUMONT, TX 77701 • PHO: 409.832.0241**



HD SUPPLY. **White Cap** CONSTRUCTION SUPPLY **GARAGE SALE**

**MAR 12 & 13**
at all **White Cap** locations

**EVERYTHING MUST GO!**

*YOU GOTTA SEE IT TO BELIEVE IT!*

**Power Tools, Equipment, Materials, Hardware and more!**

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# We service the professional construction industry

**PROVIDING EXCEPTIONAL SERVICE THAT FREES UP BUILDERS TO DO WHAT THEY DO BEST - BUILD!**

**creative touch interiors**

**Including:** Production Home Builders, Remodelers & Commercial/Urban Developers

At Creative Touch Interiors we pride ourselves in providing the construction industry with the finest products and world-class services. Customers who partner with us can expect:

- Enhanced home buyer satisfaction through state-of-the-art design centers
- A more efficient operation through cutting edge technology from the selection process through fabrication and installation
- Increased revenue by offering the largest selection of interior finish products
- Quality and service of the highest standards, with installation processes based upon NAHB guidelines

We service our customers through the procurement and installation of multiple interior finish products and services, including:

- Options Management
- Cabinets
- Flooring
- Countertops
- Window Coverings

## Designing the Perfect Partnership

## professional services

### DESIGN BUILD SERVICES
Assisting builders with product selection for the best possible materials for each job.

### DESIGN CENTER EXPERIENCE
Providing solutions for builders to outsource and consolidate product selection.

### OPERATIONS
Providing turn-key operations such as: material purchasing, scheduling and on-time installation

### FABRICATION
High quality materials and timely fabrication and installation of solid surface, engineered and natural stone countertops

### PRODUCTION
By outsourcing you can reduce your expenses and investments while shortening your construction cycle

### CUSTOMER CARE
Creating loyal home buyers for life.

### HOME CARE & MAINTENANCE
Providing post-installation care to your home buyers, and model home maintenance to our builder customers

## Locations

**TEXAS**
Dallas

**OHIO**
Columbus
Cincinnati
Cleveland

**INDIANA**
Indianapolis

**COLORADO**
Denver
Colorado Springs
Rifle
Windsor



**creative touch interiors**
www.ctihome.com

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold

## PURCHASE 2 BOXES OF PAPER COLLATED JOIST HANGER NAILS
## and get the Bandolero FREE

**WHITE CAP CUSTOM SHOP**

# BANDOLERO

**Round Head Paper Collated Diamond Point Nails**

| SIZE | TYPE | QTY | PROD NO. |
|------|------|-----|----------|
| 1-1/2" X .131 | STRIP NAILS | 4,000 | 282-112131PP |
| 1-1/2" X .148 | STRIP NAILS | 3,000 | 282-112148PP |
| 2-1/2" X .131 | STRIP NAILS | 2,500 | 282-212131PP |
| 2-1/2" X .148 | STRIP NAILS | 2,500 | 282-212148PP |
| 2-1/2" X .162 | STRIP NAILS | 2,000 | 282-212162PP |

*Don't Let your Tool Belt Weigh You Down!*





*For use with 281-NR65AK and 427-F250SPP Nailers*

**BANDOLERO NAIL BAG**
*Durable Cordura Over Shoulder Sling*
**Features**
Cordura pouch securely holds collated nail strips in a convenient position
Velcro straps hold nails in pouch
Comfortable elastic straps with belt clip
Can be worn over left or right shoulder
189-1513
*LIMITED TO QUANTITY ON HAND*

*Perfect for Roofers & Framers!*

$19.99 *If purchased separately*



**WHITE CAP CONSTRUCTION SUPPLY**
**THE PRO-TRIM CENTER**

MAXUS

HITACHI

## SPECIAL COMBO!
### BUY BOTH ITEMS AND GET A FREE FLEXEEL® 50' AIR HOSE!

PLUS FREE FITTINGS:
288-150
288-1502

a $51 *Value!*

167-PFE40504T

**1 GALLON PORTABLE COMPRESSOR**
*Only*
$129.99
781-EX1001

**ANGLE FINISH NAILER**
*Only*
$199.99
281-NT65MA2

## ALL YOUR FASTENING NEEDS IN ONE LOCATION!

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# RED HOT FRIDAYS

## RED HOT MEALS & RED HOT DEALS!

### ONE-DAY-ONLY SPECIALS!



# MAR 21 & APR 18
## FROM 10AM TO 2PM

**Come Down for a Free Hot Lunch & Top Brand Manufacturers Doin' Demos & Makin' Deals**

**White Cap** CONSTRUCTION SUPPLY **CINCINNATI, OH**

See pg. 1 for location

# BOSCH BIG BLUE

*Demo Truck Will Be at the Following White Cap Stores:*

**IRVING, TX**
Tuesday, Apr 8

**FT. WORTH, TX**
Wednesday, Apr 9

*One-Day-Only!*
*10% Off All Bosch Power Tools!*

Please No Resales





10am to 2pm
www.ro...cc

**BOSCH**
Power Tools and Accessories

**Demo Before You Buy! • Free T-Shirt! • Giveaways and Prizes!**

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

*www.whitecap.net    MARCH & APRIL 2008*

**White Cap** CONSTRUCTION SUPPLY    **5**

**Attention: Mechanical, Fire Sprinkler, Plumbing, Drain Cleaning, Electrical, Data Contractors!**

White Cap Invites You To Our

# OPEN HOUSE
## WED, MARCH 26 • 10am - 3pm
### ONE-DAY-ONLY SALE PRICES!

**Featuring:** Ridgid, Greenlee, Bosch, Sumner, Knaack, Anvil, STI Fire Caulk, Diamond Products, Cendrex - access doors, Caddy, Buildex, Simpson Anchoring



While You're There Sign Up For Our
## GOLF TOURNAMENT
**Wed, May 14**

Sign Your Team Up at this Open House
and one of your players plays FREE!



Ask your Sales Rep for your "Coupon Pack" or pick one up at our Open House.

**3201 Longhorn Blvd., Suite #114, Austin, TX 78758 • Phone: 512.836.6565**

# GLAZE 'N SEAL PRODUCTS

## Beautiful Protection for Concrete and Masonry





## PROFESSIONAL RESULTS GUARANTEED!

**Available at**  **White Cap** CONSTRUCTION SUPPLY    *CALL 800-WHITECAP FOR MORE INFORMATION*

6    White Cap CONSTRUCTION SUPPLY    *MARCH & APRIL 2008    www.whitecap.net*    Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.



# Rapid Set®

## Advanced Cement Technology
· STRONGER · FASTER · MORE DURABLE

### 3,000-psi in 1-hour
*10,000 psi in 28 days*

#### Compared to Portland Cement
- *70% Less Shrinkage*
- *More Sulfate Resistant Than Type V*
- *300% Better Freeze Thaw Resistance*
- *Lower Permeability*
- *Higher Bond Strength*



### 1000's of Uses
- Structural Repair
- Vertical & Overhead
- Precision Grouting
- Pavement Repair
- Tilt-Up Smoothing
- Precast Patching

For technical service, contact CTS|Rapid Set®
800-929-3030
www.rapidset.com

## Get the Best Finish on Your Concrete!

- Easy sanding and ultra-smooth finishes
- Superior adhesion, durable and long lasting
- Paint on in as little as 3 hours
- Single coat application

### Rapid Set®
## WunderFixx®
*The Universal Concrete Patching Material*



TILT-UP



PRECAST



CAST-IN-PLACE





AVAILABLE AT WHITE CAP

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# SIMPSON Strong-Tie ANCHOR SYSTEMS VS HILTI

## WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

### ACRYLIC-TIE (AT) ANCHORING ADHESIVE

*Can be used in both solid and hollow base materials*



**SIMPSON Strong-Tie ANCHOR SYSTEMS VS HILTI**

- Base material temperature range 0 deg F to 110 deg F
- Drill bit can be up to 1/8" larger diameter than the anchor insert
- Shelf life 12 months
- Consistently better load values
- Usable in damp or wet holes

- Base material temperature range 23 deg F to 104 deg F
- Drill bit can only be 1/16" larger than the insert (or a reduction in load capacity must be taken)
- Shelf life at least 9 months
- Not recognized for use in holes with standing water
- Dispensing tools require an adapter



### HY-150 ANCHORING ADHESIVE

*Can't be used in hollow base materials*

---

### SET22 EPOXY-TIE ANCHORING ADHESIVE

*Can be used in damp, wet or submerged holes*



**SIMPSON Strong-Tie ANCHOR SYSTEMS VS HILTI**

- No load reductions in cored drilled holes
- Highly specified adhesive
- Minimum edge distance testing to 1 3/4" for all anchor insert diameters
- Can be used in virtually all materials

- Not recognized for use in lightweight concrete or block
- Not recognized for use in hollow base materials
- Only a 3/8" anchor insert diameter has minimum edge distance testing to 1 3/4" (all other anchor diameters have higher edge distance requirements)



### RE-500 ANCHORING ADHESIVE

*Dispensing tools require special adapter*

---

### TITEN HD HEAVY DUTY SCREW ANCHOR

*Zinc electroplate and mechanically galvanized for extra corrosion protection*



**SIMPSON Strong-Tie ANCHOR SYSTEMS VS HILTI**

- Easily removal able
- Faster installation
- Excellent for close to edge conditions
- Diameters up to 3/4"

- HUS-H is undersized. Requires drill bit 1/16" less than diameter
- Not recognized for use in lightweight concrete or block
- No 3/4" diameters



### HUS-H SCREW ANCHOR

*No mechanically galvanized finish available*

---

### STRONG-BOLT ANCHOR

*For cracked and uncracked concrete*



**SIMPSON Strong-Tie ANCHOR SYSTEMS VS HILTI**

- 1/2" and 5/8" dia. anchors are Category 1
- Approved for use in normal and lightweight concrete over metal deck
- Diameters available up to 1"

- Especially suited for seismic and cracked concrete (tension zone) applications
- Conforms to IBC 2003 design requirements
- No 1" diameters available



### KB-TZ EXPANSION ANCHOR

*For cracked and uncracked concrete*

---

### PTP27AL POWDER ACTUATED TOOL

*Fastens up to 4" washer pins*



**SIMPSON Strong-Tie ANCHOR SYSTEMS VS HILTI**

- 10 pin magazine feature, pin range from 1/2" to 3"
- Built in muffler systems – reduced recoil and noise
- Built in power load adjustment
- Quick Release nose piece Tool weight without magazine – 5 lbs 9oz

- 10 pin magazine feature, pin range from 19mm to 72mm
- Tool weight without magazine – 7 lbs




### DX460 POWDER ACTUATED TOOL

*Fasten up to 2-7/8" washer pins*

---

 **White Cap** CONSTRUCTION SUPPLY    **MARCH & APRIL 2008**    www.whitecap.net

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.











# WHITE CAP GOES HEAD TO HEAD WITH HILTI

## WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

### 4-1/2" ANGLE GRINDER



162-1375A

*only* **$59⁹⁹**

**BOSCH** *VS* **HILTI**

### 4-1/2" ANGLE GRINDER
DAG 450-S



| BOSCH | | HILTI |
|---|---|---|
| 6.0 | AMPERAGE | 6.0 |
| 4-1/2" | CUT-OFF DISC | 4-1/2" |
| 1.0 | MAX. MOTOR HP | 0 HP |
| 11,000 | NO LOAD RPM | 11,000 |
| 5/8" - 11 | SPINDLE THREAD | 5/8" - 11 |
| 3.75 | WEIGHT (LBS.) | 3.1 |
| 4-1/2" | WHEEL DIAMETER | 4-1/2" |

### 4-1/2" SMALL ANGLE GRINDER



324-D28402

*only* **$82⁹⁹**

**DeWALT** *VS* **HILTI**

### 4-1/2" ANGLE GRINDER
DAG 451-S



| DeWALT | | HILTI |
|---|---|---|
| 10.0 | AMPERAGE | 7.0 |
| 4-1/2" | CUT-OFF DISC | 4-1/2" |
| N/A | MAX. MOTOR HP | N/A |
| 11,000 | NO LOAD RPM | 11,000 |
| 5/8" - 11 | SPINDLE THREAD | 5/8" - 11 |
| 4.6 | WEIGHT (LBS.) | 3.5 |
| 4-1/2" | WHEEL DIAMETER | 4-1/2" |

### 5" ANGLE GRINDER



140-GA5020

*only* **$149⁹⁹**

**makita** *VS* **HILTI**

### 5" ANGLE GRINDER
DEG 500-D



| makita | | HILTI |
|---|---|---|
| 10.5 | AMPERAGE | 11.5 |
| 5" | CUT-OFF DISC | 5" |
| N/A | MAX. MOTOR HP | N/A |
| 11,000 | NO LOAD RPM | 11,000 |
| 5/8" - 11 | SPINDLE THREAD | 5/8" - 11 |
| 4.8 | WEIGHT (LBS.) | 4.19 |
| 5" | WHEEL DIAMETER | 5" |

### 6" ANGLE GRINDER



162-1806E

*only* **$140⁹⁹**

**BOSCH** *VS* **HILTI**

### 5" ANGLE GRINDER
DAG 500-D



| BOSCH | | HILTI |
|---|---|---|
| 12.0 | AMPERAGE | 10.2 |
| 6" | CUT-OFF DISC | 5" |
| 2.0 | MAX. MOTOR HP | N/A |
| 9,300 | NO LOAD RPM | 11,000 |
| 5/8" - 11 | SPINDLE THREAD | 5/8" - 11 |
| 5.0 | WEIGHT (LBS.) | 4.8 |
| 6" | WHEEL DIAMETER | 5" |

### 7" LARGE ANGLE GRINDER



162-18536

*only* **$164⁹⁹**

**BOSCH** *VS* **HILTI**

### 7" ANGLE GRINDER
DC 700-S



| BOSCH | | HILTI |
|---|---|---|
| 15.0 | AMPERAGE | 15.0 |
| 7" | CUT-OFF DISC | 7" |
| 3.0 | MAX. MOTOR HP | N/A |
| 6,000 | NO LOAD RPM | 8,500 |
| 5/8" - 11 | SPINDLE THREAD | 5/8" - 11 |
| 11.5 | WEIGHT (LBS.) | 9.25 |
| 7" | WHEEL DIAMETER | 7" |

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# WHITE CAP GOES HEAD TO HEAD WITH HILTI

## WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

# BOSCH VS HILTI

---

### ROTARY HAMMER



162-11250VSR

**$179⁹⁹**

**BOSCH VS HILTI**

| BOSCH | HILTI |
|---|---|
| 120 VOLTS | 115 VOLTS |
| 1.4' LBS. IMPACT ENERGY | 1.33' LBS. IMPACT ENERGY |
| 0–1350 RPM | 0–930 RPM |
| 0–6000 BPM | 0–4600 BPM |
| VARIABLE SPEED | VARIABLE SPEED |
| 11 LBS. | 5.1 LBS. |
| 2 OPERATING MODES | 2 OPERATING MODES |
| 3/4" BIT CAPACITY | 5/16" BIT CAPACITY |
| CASE | CASE |

### TE2 ROTARY HAMMER



---

### ROTARY HAMMER



162-11255VSR

**$226⁹⁹**

**BOSCH VS HILTI**

| BOSCH | HILTI |
|---|---|
| 120 VOLTS | 115 VOLTS |
| 2.2' LBS. IMPACT ENERGY | 1.33' LBS. IMPACT ENERGY |
| 0–1300 RPM | 0–680 RPM |
| 0–5800 BPM | 0–5100 BPM |
| VARIABLE SPEED | VARIABLE SPEED |
| 6.7 LBS. | 6.2 LBS. |
| 4 OPERATING MODES | 4 OPERATING MODES |
| 1" BIT CAPACITY | 3/8" BIT CAPACITY |
| CASE | CASE |

### TE6C ROTARY HAMMER



---

### ROTARY HAMMER



162-11236VS

**$288⁹⁹**

**BOSCH VS HILTI**

| BOSCH | HILTI |
|---|---|
| 7.2 AMPS | 115 VOLTS |
| 2.6' LBS. IMPACT ENERGY | 1.33' LBS. IMPACT ENERGY |
| 0–650 RPM | 0–750 RPM |
| 0–3900 BPM | 0–4080 BPM |
| VARIABLE SPEED | VARIABLE SPEED |
| 9.3 LBS. | 8.4 LBS. |
| 3 OPERATING MODES | 2 OPERATING MODES |
| 3/16" – 1-1/8" BIT CAPACITY | 5/8" BIT CAPACITY |
| CASE | CASE |

### TE16 ROTARY HAMMER



---

### ROTARY HAMMER



162-11241EVS

**$507⁹⁹**

**BOSCH VS HILTI**

| BOSCH | HILTI |
|---|---|
| 120 VOLTS | 115 VOLTS |
| 6.2' LBS. IMPACT ENERGY | 5.2' LBS. IMPACT ENERGY |
| 0–340 RPM | 0–484 RPM |
| 0–3300 BPM | 0–2886 BPM |
| VARIABLE SPEED | VARIABLE SPEED |
| 14 LBS. | 13.9 LBS. |
| 2 OPERATING MODES | 2 OPERATING MODES |
| 1-9/16" BIT CAPACITY | 3/4" BIT CAPACITY |
| CASE | CASE |

### TE56ATC ROTARY HAMMER



---

White Cap    MARCH & APRIL 2008    www.whitecap.net    Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold

## ROTARY HAMMER





**BOSCH** VS **HILTI**

**TE76ATC**

| 120 VOLTS | 120 VOLTS |
|---|---|
| 9.6' LBS. IMPACT ENERGY | 3.1' LBS. IMPACT ENERGY |
| 145-280 RPM | 200-282 RPM |
| 1350-2800 BPM | 1965-2770 BPM |
| VARIABLE SPEED | VARIABLE SPEED |
| 17.9 LBS. | 17.4 LBS. |
| 2 OPERATING MODES | 2 OPERATING MODES |
| 5/8" TO 1-9/16" BIT CAPACITY | 3/4" TO 1-1/4" BIT CAPACITY |
| CASE | CASE |

$690⁹⁹

162-11263EVS



## BREAKER HAMMER

162-11335K

**BOSCH** VS **HILTI**

**TE905AVR**

| 120 VOLTS | 115 VOLTS |
|---|---|
| 34' LBS. IMPACT ENERGY | 12.5' LBS. IMPACT ENERGY |
| 1300 BPM | 2200 BPM |
| 39 LBS. | 24.9 LBS. |
| 1-1/8" BIT CAPACITY | 1-1/8" BIT CAPACITY |

**INCLUDES:**
POINTED CHISEL (162-HS2861)
CARRYING HANDLE
WHEELED CARRYING CASE
GREASE TUBE & CLEANING PAD

$1,099⁹⁹



## ROTARY HAMMER

**BOSCH** VS **HILTI**

14.0 AMPS
13.3' LBS. IMPACT ENERGY
120–250 RPM
1100–2250 BPM
VARIABLE SPEED (DIAL)
24.5 LBS.
2 OPERATING MODES
SDS-MAX BIT RETENTION
CASE

$949⁹⁹

162-11245EVS

**HILTI DOES NOT HAVE A HAMMER THAT HAS THE POWER AND IMPACT ENERGY THAT THE 11245EVS OFFERS**

---

### GENUINE **BOSCH** HAMMER STEEL    [hex]



1-1/8" HEX



**FOR ELECTRIC AND PNEUMATIC BREAKER HAMMERS**

| ASPHALT CUTTERS | PROD. NO. | SIZE |
|---|---|---|
| | 162-HS2167 | 17-1/2" |

| SCALING CHISELS | PROD. NO. | SIZE |
|---|---|---|
| | 162-HS2164 | 3" x 20-1/2" |

| TAMPER PLATE | PROD. NO. | SIZE |
|---|---|---|
| | 162-HS2125 | 6" X 6" |

| TAMPER PLATE SHANK | PROD. NO. | SIZE |
|---|---|---|
| | 162-HS2173 | 15-1/2" |



### **BOSCH**
### CARBIDE QUAD-TIPPED SDS-PLUS BITS
*For small rotary hammers*

**Features**
• Best power transfer, secure guidance, automatic locking
• Dust sealed

SDS plus



X-HEAD

| PRODUCT NO. | DIMENSIONS | DEPTH |
|---|---|---|
| 162-HC2224 | 3/4" x 12" | 10" |
| 162-HC2227 | 3/4" x 18" | 16" |
| 162-HC2244 | 7/8" x 12" | 10" |
| 162-HC2247 | 7/8" x 18" | 16" |
| 162-HC2263 | 1" x 10" | 8" |
| 162-HC2267 | 1" x 18" | 16" |
| 162-HC2287 | 1-1/8" x 18" | 16" |

### CARBIDE QUAD-TIPPED SDS-MAX BITS
*For large rotary and demolition hammers*



SDS max

| PRODUCT NO. | DIMENSIONS | DEPTH |
|---|---|---|
| 162-HC5020 | 5/8" x 13" | 8" |
| 162-HC5022 | 5/8" x 16" | 11" |
| 162-HC5021 | 5/8" x 21" | 16" |
| 162-HC5023 | 5/8" x 36" | 31" |
| 162-HC5030 | 3/4" x 13" | 8" |
| 162-HC5032 | 3/4" x 16" | 11" |
| 162-HC5031 | 3/4" x 21" | 16" |
| 162-HC5033 | 3/4" x 36" | 31" |
| 162-HC5040 | 7/8" x 13" | 8" |
| 162-HC5041 | 7/8" x 21" | 16" |
| 162-HC5042 | 7/8" X 11" | 16" |
| 162-HC5050 | 1" x 13" | 8" |
| 162-HC5052 | 1" x 16" | 11" |
| 162-HC5051 | 1" x 21" | 16" |
| 162-HC5053 | 1" x 36" | 31" |
| 162-HC5060 | 1-1/8" x 15" | 10" |
| 162-HC5061 | 1-1/8" x 23" | 18" |
| 162-HC5070 | 1-1/4" x 15" | 10" |
| 162-HC5071 | 1-1/4" x 23" | 18" |
| 162-HC5073 | 1-1/4" x 36" | 31" |
| 162-HC5081 | 1-3/8" x 23" | 18" |
| 162-HC5091 | 1-1/2" x 23" | 18" |
| 162-HC5098 | 1-3/4" x 18" | 23" |

# WHITE CAP GOES HEAD TO HEAD WITH HILTI

## DeWALT

### WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

---

**18V CORDLESS HAMMERDRILL/DRILL/DRIVER KIT**



*sale price*
**$315⁹⁹**

324-DC925KA

**DeWALT** vs **HILTI**

| DeWALT | HILTI |
|---|---|
| 18 VOLTS | 18 VOLTS |
| 510 MAX WATTS OUT | MAX POWER: UNK |
| 3 SPEED SETTINGS | 3 SPEED SETTINGS |
| 0–450/0–1,500/0–2,000 RPM | 0–370/0–1,380, 0–2,000 RPM |
| 0–7,650/0–25,500/0–34,000 BPM | 36,000 BPM |
| 1/2" SELF-TIGHTENING CHUCK | 1/2" CHUCK |
| 6.3 LBS | WEIGHT: 6.6 LBS |
| 1 HOUR CHARGER | 1 HOUR CHARGER |
| (2) 18V XRP™ BATTERIES | (2) 18V BATTERIES |
| INCLUDES: 360° SIDE HANDLE | |

**SFH 181-A CORDLESS DRILL/DRIVER**



---

**36V CORDLESS SDS ROTARY HAMMER**



*sale price*
**$810⁹⁹**

324-DC233KL

**DeWALT**  **HILTI**

| DeWALT | HILTI |
|---|---|
| 36 VOLTS | 36 VOLTS |
| 0–4,400 BPM | 0–5,000 BPM |
| 0–450/0–1,500/0–2,000 RPM | 0–690 RPM |
| CONCRETE MAXIMUM: 1" | CONCRETE MAXIMUM: 1" |
| TOOL LENGTH: 10.5" | TOOL LENGTH: 13" |
| TOOL WEIGHT: 7.6 LBS. | TOOL WEIGHT: 8.4 LBS. |
| 1 HOUR CHARGER | 1 HOUR CHARGER |
| (2) 36V NANO™ BATTERIES | (2) 36V LI-ION BATTERY |
| INCLUDES: 360° SIDE HANDLE, DEPTH ROD | |

**TE 6-A CORDLESS ROTARY HAMMER DRILL**



---

**1/4" 14.4V IMPACT DRIVER**



*sale price*
**$265⁹⁹**

324-DC835KA

**DeWALT** vs **HILTI**

| DeWALT | HILTI |
|---|---|
| 14.4 VOLTS | 14.4 VOLTS |
| DRIVE SIZE: 1/4" | DRIVE SIZE: 1/4" |
| 0–2,400 RPM | 0–2,700 RPM |
| 0–2,700 BPM | 0–3,400 BPM |
| TORQUE: 1,240 IN-LBS. | TORQUE: 1,239 IN-LBS. |
| TOOL LENGTH: 5-3/4" | TOOL LENGTH: 9.2" |
| TOOL WEIGHT: 3.9 LBS. | TOOL WEIGHT: 3.5 LBS. |
| 1 HOUR CHARGER | .5 HOUR CHARGER |
| (2) 18V XRP™ BATTERIES | (1) LI-ION BATTERY |

**SID 144-A CORDLESS IMPACT DRIVER**

---

**1/4" 18V IMPACT DRIVER**



*sale price*
**$291⁹⁹**

324-DC825KA

**DeWALT** vs **HILTI**

| DeWALT |
|---|
| VOLTS: 18 |
| DRIVE SIZE: 1/4" |
| 0–2,400 RPM |
| 0–2,700 BPM |
| MAX RPM: 0–450/0–1,500/0–2,000 |
| TORQUE: 1,330 IN-LBS. |
| TOOL LENGTH: 5-3/4" |
| TOOL WEIGHT: 4.6 LBS. |
| 1 HOUR CHARGER |
| (2) 18V XRP™ BATTERIES |

### NO COMPARISON

---

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# WHITE CAP GOES HEAD TO HEAD WITH HILTI



08CV1840
JUDGE DOW    YM
MAGISTRATE JUDGE SHENKIER

## WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

### 1/2" IMPACT WRENCH



sale price
**$172⁹⁹**

324-DW292

**DeWALT**  **HILTI**

| DeWALT | HILTI |
|---|---|
| 7.5 AMPS | 470 WATTS |
| 2,1000 RPM NO LOAD SPEED | 2,2000 RPM NO LOAD SPEED |
| 345 FT-LBS MAX TORQUE | 345 FT-LBS MAX TORQUE |
| 2,700 BPM | 2,600 BPM |
| TOOL LENGTH: 11-1/4" | TOOL LENGTH: 11-3/4" |
| TOOL WEIGHT: 7.0 LBS. | TOOL WEIGHT: 5.1 LBS. |

### SI 100 IMPACT WRENCH



### VSR DRYWALL SCREWDRIVER



sale price
**$99⁹⁹**

324-DW272

**DeWALT**  **HILTI**

| DeWALT | HILTI |
|---|---|
| 6.3 AMPS | 6.5 AMPS |
| 0–4,000 RPM | 0–4,500 RPM |
| STANDARD CLUTCH | STANDARD CLUTCH |
| 81 IN-LBS OF TORQUE | 84 IN-LBS OF TORQUE |
| TOOL WEIGHT: 3.1 LBS | TOOL WEIGHT: 3.1 LBS |

### SD 4500 DRYWALL SCREWDRIVER

### VSR DRYWALL/ FRAMING SCREWDRIVER



sale price
**$117⁹⁹**

324-DW276

**DeWALT**  **HILTI**

| DeWALT | HILTI |
|---|---|
| 6.5 AMPS | 6.5 AMPS |
| 0–2,500 RPM | 0–2,200 RPM |
| STANDARD CLUTCH | STANDARD CLUTCH |
| 132 IN-LBS OF TORQUE | 168 IN-LBS OF TORQUE |
| TOOL WEIGHT: 3.6 LBS | TOOL WEIGHT: 3.3 LBS |

### SD 2500 DRYWALL SCREWDRIVER



### VSR VERSA-CLUTCH SCREWDRIVER



sale price
**$185⁹⁹**

324-DW267

**DeWALT**  **HILTI**

| DeWALT | HILTI |
|---|---|
| 6.5 AMPS | 6.1 AMPS |
| 0–2,000 RPM | 0–1,900 RPM |
| VERSA-CLUTCH® SYSTEM | ADJUSTABLE CLUTCH |
| 184 IN-LBS OF TORQUE | 195 IN-LBS OF TORQUE |
| TOOL WEIGHT: 3.7 LBS | TOOL WEIGHT: 3.9 LBS |

### ST 1800 ADJUSTABLE TORQUE SCREWDRIVER



# WHITE CAP GOES HEAD TO HEAD WITH HILTI

## WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

  **VS** **HILTI**

---

### 12"/14" K750 CUTOFF SAW



617-K75014

**$859⁹⁹**

**Husqvarna VS HILTI**

| | |
|---|---|
| 74 CM³ / 4.5 CU. INCH | 3.8 CU. INCH |
| 3.7 KW / 5.0 HP | 4.7 HP |
| 300/350 MM / 12"/14" | 12"/14" |
| 0.9 LITERS / 0.24 GAL | 0.7 LITERS / 0.18 GAL |

### DS-HS HAND HELD GAS SAW



---

### HIGH SPEED BLADES



**DIAMOND PRODUCTS**  **ACCESSORIES** **SAIT**

**FUEL MIX & EXTRA FILTERS**

### ABRASIVES



---

### WEKA 14-AMP HAND-HELD DRILL

**CORE CUT**



107-4244017

**DIAMOND PRODUCTS VS HILTI**

| | |
|---|---|
| WET & DRY CORING | WET & DRY CORING |
| 14 AMPS | 15 AMPS |
| 580/1400/2900 RPM | 780/1400/2600 RPM |
| OVERLOAD PROTECTION | NO OVERLOAD PROTECTION |
| DRY ATTACHMENT | SIDE HANDLE |
| SIDE HANDLE | NO CASE |
| CASE | |

### DD130 DIAMOND CORING TOOL



---

### M-4 CORE BORE DRILL RIG

**CORE CUT**



107-4240001

**DIAMOND PRODUCTS VS HILTI**

| | |
|---|---|
| WEIGHS 35 LBS. | WEIGHS 28.6 LBS. |
| COMBINATION STAND ANGLES TO 45 DEGREES | COMBINATION STAND |
| REVERSIBLE SLIDE HANDLE - USE LEFT OR RIGHT SIDE DRILLING | DRILL STAND BASE PLATE IS DESIGNED FOR VACUUM ATTACHMENT & ANCHOR FASTENING |
| YOUR CHOICE OF WEKA HANDHELD OR MILWAUKEE DRILL MOTORS | NO CHOICE OF DRILL MOTORS |

### DD130 DIAMOND CORING SYSTEM



---

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# Fire Protection Products **VS** HILTI

## WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

### FIRE BARRIER 1C 15WB+ SEALANT
*General purpose intumescent sealant for firestopping applications*



**3M VS HILTI**

| Our Price | Their Price |
|---|---|
| 4.5 gallon | 5 gallon |
| **$193.99** | **$390.00** |
| 479-IC15WB5G | FSONE |



### INTUMESCENT FIRESTOP SEALANT
*General purpose intumescent sealant for firestopping applications*

| PRODUCT NO. | SIZE |
|---|---|
| 479-IC15WB11 | 10.1 OZ. TUBE |
| 479-IC15WB20 | 20 OZ. SAUSAGE |
| 479-IC15WB5G | 4.5 GAL. PAIL |

---

### FIREDAM™ SPRAY 200
*A quick and easy method for firestopping fire rated construction joints*



**3M VS HILTI**

| Our Price | Their Price |
|---|---|
| 5 gallon | 5 gallon |
| **$154.99** | **$279.00** |
| 479-FDS200 | CP672 |



### SPEED SPRAY
*A quick and easy method for firestopping fire rated construction joints*

| PRODUCT NO. | SIZE |
|---|---|
| 479-FDS200 | 5 GALLON |

---

### FIREDAM™ 150+ SEALANT
*Designed for use in fire-rated construction joints*



**3M VS HILTI**

| Our Price | Their Price |
|---|---|
| 4.5 gallon | 5 gallon |
| **$181.99** | **$266.00** |
| 479-FD1505G | CP606 |



### FLEXIBLE FIRESTOP SEALANT
*Designed for use in fire-rated construction joints*

| PRODUCT NO. | SIZE |
|---|---|
| 479-FD15011 | 10.1 OZ. TUBE |
| 479-FD150S | 20 OZ. SAUSAGE |
| 479-FD150Q | 28 OZ. TUBE |
| 479-FD1505G | 4.5 GALLON PAIL |

---

### FIRE BARRIER CAST-IN DEVICE




**3M VS HILTI**

| Our Price | Their Price |
|---|---|
| Fits 3" Pipe | Fits 2-1/2" Pipe |
| **$16.99** | **$22.00** |
| 479-3PCID | CP680 |



### FIRE BARRIER CAST-IN DEVICE

| PRODUCT NO. | USE FOR | SIZE |
|---|---|---|
| 479-2MCID | METAL PIPE | 2" |
| 479-3MCID | METAL PIPE | 3" |
| 479-4MCID | METAL PIPE | 4" |
| 479-2PCID | PLASTIC PIPE | 2" |
| 479-3PCID | PLASTIC PIPE | 3" |
| 479-4PCID | PLASTIC PIPE | 4" |

---

### INTERAM™ ULTRA PLASTIC PIPE DEVICE
*One piece metal collar, with intumescent inserts for fire stopping pipes*



**3M VS HILTI**

| Our Price | Their Price |
|---|---|
| Fits 2" Pipe | Fits 2" Pipe |
| **$8.45** | **$11.00** |
| 479-UPPD20 | CP643N |

### FIRESTOP COLLAR
*One piece metal collar, with intumescent inserts for fire stopping pipes*

| PRODUCT NO. | SIZE |
|---|---|
| 479-UPPD15 | 1.5" |
| 479-UPPD20 | 2" |
| 479-UPPD30 | 3" |
| 479-UPPD40 | 4" |

---

**NEW! PRODUCT**
# 3m Fire Barrier Packing Material
*A Long Awaited Improvement in Firestopping Technology*

- Easy to Transport and Carry
- Convenient, hand-tear dispensing
- Less irritating to skin
- From the industry leader in fire-protection technology



**Our Price $11.99 Roll**

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# WHITE CAP GOES HEAD TO HEAD WITH HILTI

## WHEN IT COMES TO SELECTION, PRICE AND VALUE — IT'S NO CONTEST!

  **HILTI**

### LASER LP40-1



**$315⁹⁹**

299-LP401

**ACCURACY:**
1/4 IN @ 70 FT FOR UP BEAM,

**WORKS WITH OPTIONAL IR REMOTE CONTROL**

**USES EITHER NIMH RECHARGE-ABLE OR STANDARD ALKALINE BATTERY**

**ACCURACY:**
+/- 1/8 IN AT 30 FT

**NO REMOTE CONTROL**

**NEEDS TWO DIFFERENT BATTERY PACKS DEPENDING ON BATTERY TYPE**

### POINT LASER PMP 34-F



### PRECISION LASER LL400



299-LL400 **$1,329⁹⁹**



**ACCURACY:**
±1/16 IN @ 100 FT

**OPERATING DIAMETER:**
2,600 DIAMETER

**SHOCK ABSORBING MOUNTING SYSTEM**

**INCLUDES EITHER HR550 OR CR600 RECEIVER**

**ACCURACY:**
± 1/16 IN. AT 60 FT

**OPERATING DIAMETER:**
1,300 DIAMETER

### ROTATING LASER PR 20



### APACHE STORM™ LASEROMETER
*SuperCell Reception Technology*

• Loud Beeper Output for noisy job sites.
• Extra-Large LCD on front and back is easy to read from a variety of angles.
• 21 position arrow display can be scaled to the accuracy setting for quick graphical reference.
• Protective over-molding provides added protection from drops and typical abuse.
• Digital Read Out – Not only will you be able to tell if you are high, low, or on-grade – you will be able to tell by exactly HOW FAR.
• Huge 5 inch (127 mm) reception height acquires the beam quickly and is easy to stay in the beam.





*Low Price*
**$335⁹⁹**
299-ATI99401

## WHITE CAP HAS ALL YOUR LAYOUT TOOLS!



**MARKING FLAGS**

**MASON LINES**

**SURVEY STAKES**

**FLAGGING RIBBONS**

**STAKE CHASERS**



Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# CUT-OFF SAW SDS HAMMER COMBO



## CUTTER OIL

2 Cycle Oil 1 bottle to 1 gal. 50-1 mix

**$1⁵⁹** each

140-181115A



## 14" GAS CUT-OFF SAW CUTTER

**5.6 hp 73cc displacement**

- 5-Stage filtration
- Carburetor designed to compensate engine timing according to work load
- Compression release valve—reduces force to start by 70%

**140-DPC7311**
SAW ONLY ........$799.99

only **$859⁹⁹**

140-DPC7311X
SAW AND HAMMER COMBO

## SDS ROTARY HAMMER

**7 amps, 2 ft-lbs. impact energy, 0–1,100 r.p.m., 0–4,500 b.p.m.**

- Built-in torque limiter helps prevents kickback
- Large trigger switch and 360° swivel side handle for added comfort
- Recessed lock-on button for continuous use

**140-HR2455X**
HAMMER ONLY $229.99

---

## 18V 3-PC. COMBO KIT

**Offers best power-to-weight ratio for both driver-drill and impact driver**

- 1/2" Driver-Drill delivers 450 in. lbs. of efficient torque in a compact size and weighs only 3.5 lbs.
- Impact Driver provides 1,280 in. lbs. of maximum torque and weighs only 2.8 lbs.
- Xenon Rechargeable Flashlight with 4-positon head pivots for greater versatility

*LITHIUM-ION*



only **$289⁹⁹**

140-LCT300W

## 18V LXT 4-PC. COMBO KIT

- 1/2" Hammer Driver-Drill—450 in. lbs. of torque & weighs only 3.9 lbs.
- Impact Driver—40% more compact, 1,280 in. lbs. of torque with 0-3,200 IPM and weighs 3.3 lbs.
- Reciprocating Saw—tool-less blade changes & shoe adjustments, skyhook at 8.1 lbs.
- 4-Position Flashlight—Xenon bulbs runs 4.3 hrs.
- LXT Lithium-Ion Batteries—provide longer run time

*LITHIUM-ION*



only **$399⁹⁹**

140-LXT407

## 35-LB. 1-1/8" DEMO HAMMER

- 13 amps
- 27.5 joules of impact energy
- 1,450 b.p.m.
- 1-1/8" hex – 35.3 lbs.



only **$759⁹⁹**

140-HM1304B

# PROTECTIVE HARD HATS



## Spirit of America



### PROTECTIVE CAP

**Features**
- First in a series of top-quality protective caps with SUPEREIGHT technology and state-of-the-art full coverage graphics
- Copyrighted SPIRIT OF AMERICA design graphics will not chip, peel or lift off
- Available with full padded sweatband, ratchet headband or unique reversible SWINGSTRAP

sale price
**$19⁹⁹**
216-E2RWSOA




**Full-Brim Version**
216-E1RWSOA

---

## THERMOPLASTIC HARD HATS
*Unique smooth crown*

**Features**
- Smooth crown design eliminates the risk of an impacting object being trapped by ribs, ridges or slots
- The headband can be tilted to a comfortable angle while the cap remains level – It can also be raised lowered or moved front-to-rear within the shell
- Technically advanced suspension has eight load bearing points
- 360° sweatband is padded for comfort and perforated to allow air to circulate for a cooling effect
- Unlike partial, sewn-in sweatbands, the SUPEREIGHT's model S-2F is easily removed
- Sweatband is interchangeable with model 3-R Action-Gear ratchet headband for extreme working conditions
- SEI certified to meet ANSIZ89.1, Type 1, Class E, G or C.

**Foam Replacement Suspension**
216-W2F

**Ratcheting Suspension**
216-3RW2


216-E2RWO

216-E2RWR



216-E2RWB

216-E2RWGRAY


216-E2RWRGRN


216-E2RWW

---

### SKULLGARD®
## PROTECTIVE HEADWEAR WITH HARD HAT IMPRINTING
*For use in elevated temperatures*



**Cap**
121-475395

**Full-Brim**
121-475407

**Features**
- Heavy-duty construction for use as head protection in steel mills and other heavy industries where elevated temperatures are common
- Skullgard Caps and Hats meet or exceed the applicable requirements for a Type 1 helmet (top impact) as outlined in ANSI Z89.1 1997, Class G (electrical-low voltage) (formerly Class A)
- Company logos, safety slogans, union affiliation, etc., can be printed on thermoplastic protective caps, welding helmets and faceshields, inquire about sizes
- For custom orders you must imprint a minimum of 40 hard hats

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# FACE PROTECTION

## FACE SHIELD
*Deep crown protector and wider windows extend face protection*

FIBRE-METAL

### Features

• Deeper 4" crown protector extends protection without increasing weight

• Incorporates wide-vision (17" x 8") wraparound windows and screens which provide 40% more protective area than standard size faceshields

• Fits easily over required spectacles or respirators



216-F400

Visor Sold Separately

## FACESHIELD WINDOWS
*Standard and wide vision*

FIBRE-METAL



### Features

• Injection molded from propionate – superior to other window materials in every performance characteristic
• Preformed at the factory to the exact curve of our crown protectors for easy installation an exact fit
• Seals against dust, dirt and debris
• Windows are .060" thick for an extra margin of protection

| DESCRIPTION | PRODUCT NO. |
|---|---|
| STANDARD | 216-4118CLR |
| WIDE | 216-4178CLR |

## CAP PEAK MOUNTED FACESHIELD
*Molded from strong, heat resistant Noryl*



216-FM70

216-FM71
Hat & Shield
not included

| DESCRIPTION | PRODUCT NO. |
|---|---|
| FOR STANDARD BRIM | 216-FM70 |
| FOR FULL BRIM | 216-FM71 |

## MOLDEX
Ideas that wear well.

### M1 PREMIUM EARMUFFS
Black chrome, spring-steel headband resists fatigue and is more durable. Six different adjustment points provide a custom and comfortable fit for most head sizes. The M1 Ear Muff folds into a super-compact size for easy storage. NRR 29



687-6100

### M2 MULTI-POSITION EARMUFFS
The special molded grips make fitting and alignment quick and easy. The cup adjustment is infinitely variable, distributing pressure evenly for a custom fit. The headband is made of lightweight plastic. NRR 26 (over-the-head)



687-6200

### M3 CAP-MOUNTED EARMUFFS
The special molded grips make fitting and alignment quick and easy. The cup adjustment distributes pressure evenly for a custom fit. The lightweight plastic arms slot easily into any hard hat. Can be locked in the standby position for storage. NRR 24



687-6300

# EAR & WELDING PROTECTION

## CONVENIENT • ECONOMICAL • COMFORTABLE

### SOFT FOAM EARPLUGS  3M



*sale price*
**$9.99**
121-R1120J5

**CONTAINS 50 PAIRS IN PACKAGES!**

### FOAM EARPLUGS  3M
*Recommended for high noise situations*



| 479-1100 | UNCORDED |
| 479-1110 | CORDED |

### REUSABLE EARPLUGS  3M
*Recommended for everyday use and moderately high noise situations*



| 121-1260 | UNCORDED |
| 121-1270 | CORDED |

### PURA-FIT® FOAM EARPLUGS



**MOLDEX**
*Ideas that wear well.*

**FIT TO BE TRIED.**
Pura-Fit® earplugs are tapered so they are easier to insert in any size ear canal. And they are longer too, so they are easier to grasp.

**MORE COMFORT, LESS COMPLAINING.**
Pura-Fit® is designed for more compliance and fewer complaints. The special foam is formulated for softness and comfort, and the outer surface is smooth, so it does not irritate worker's ears.

| 687-6800 | UNCORDED |
| 687-N6900 | CORDED |

### SPARKPLUGS® MULTI-COLORED FOAM EARPLUGS



687-6604



**MOLDEX**
*Ideas that wear well.*

*sale price*
**$24.99**
687-6644

**Dispensing Station with Earplugs**

### WELDING HELMET AND CAP COMBO
*Tigerhood® thermoplastic welding helmet and cap*



| PRODUCT NO. |
| 216-5906GYH10 |

### HEAD-TURNER™ WELDING HELMET GLORY
*Weighs only 13.8 ounces*



| PRODUCT NO. |
| 121-3011005 |

### HELLRAISER™ WELDING HELMET
*Fixed shade helmet*



| PRODUCT NO. | DESCRIPTION |
| 121-3004629 | FIXED SHADE 10 |
| 121-3011636 | AUTO DARKENING LENS |

### WELDING GLASSES
*Infradura® welding shades*

**uvex**



| TYPE | PRODUCT NO. |
| 3.0 INFRADURA | 429-S1111C |
| 5.0 INFRADURA | 429-S1112C |

### WELDER'S GOGGLES
*Cup-Type, 50mm*

**Firepower**



| PRODUCT NO. |
| 364-14230019 |

### WELDING GOGGLES
*Reinforced flexible frame*
*2" x 4-1/4" cover goggles with hooded vents*



| PRODUCT NO. |
| 216-VG600H5 |

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.



For a builder, the argument for on site painters is pretty thin.
Not unlike their paint.

When you're trying to get a house on the market, the last thing you need is painter problems.
Like weather delays. Or poor adhesion. Or consistency that has more ups and downs than a roller
coaster. Which is why James Hardie® siding with ColorPlus® Technology makes so much sense.
It comes in a stunning array of designer colors. It has up to a 15-year no-paint,
no-fade warranty that covers both paint and labor. Plus up to a 50-year limited product warranty.

**Call Mark Larsen with White Cap at 801-358-8887.**







# HI-VISIBILITY *SAFETY WEAR*

## ECONOMY MESH VEST



**NON-ANSI**

**Features**
1" wide reflective stripes
Comfortable cotton vest trim
3" hook and loop front closure
3/4" elastic side closures for universal one size

| | |
|---|---|
| LIME | 121-PL |
| ORANGE | 121-P |
| LIME W/WHITE TAPE | 121-PLV18 |
| ORANGE W/LIME TAPE | 121-PV17 |



### 4-SEASON ULTRA-COOL™ ADJUSTABLE MESH VEST
CLASS 2



M-XL (ADJUSTS 46"-60") LIME 121-1166
M-XL (ADJUSTS 46"-60") ORANGE 121-1167

### HYDROWICK LITE™ SURVEYOR'S VEST
*Hydrowick polyester*
CLASS 2




| M - 5XL | ORANGE | 121-1097 |
|---|---|---|
| M - 5XL | LIME | 121-1098 |

## HI VIS JACKET
*Worksport 400 ansi/isea*
*107-2004 Class 2/3 Compliant*

M - 2XL 175-9655



**Features**
Durable water resistant shell
Class 3 jacket w/ zip-of sleeves converts to a Class 2 vest
Black micro-fleece liner converts to stand alone jacket
Radio pocket, 2 outside slash pockets w/ zippers,
inside wallet pocket

## LIGHTWEIGHT WINDBREAKER
*100% polyester shell*
*with a tricot lining*
CLASS 3

| S - 5XL | ORANGE | 121-9658 |
|---|---|---|
| S - 5XL | LIME | 121-9659 |



**Features**
6 snap front closure
Two front slash pockets
Convenient waistline drawstring
Silver reflective material
ANSI/ISEA 107-2004 compliant

## ULTRA-COOL™ MESH PANTS
*ANSI/ISEA Class "E" pants*
CLASS E




| S - 4XL | ORANGE | 121-3107 |
|---|---|---|
| S - 4XL | LIME | 121-3108 |

### 4-SEASON ULTRA-COOL™ ADJUSTABLE MESH VEST
CLASS 2



M-XL (ADJUSTS 46"-60") LIME 121-1166
M-XL (ADJUSTS 46"-60") ORANGE 121-1167

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# STEP LADDERS



## ELECTRICIAN'S LADDERS



**TYPE 1AA DUTY RATING**
**375 LB. LOAD CAPACITY!**

6-foot
## $145.99
245-OBEL06

8-foot
## $175.99
245-OBEL08

**WERNER**



**WERNER** RED PRO SERIES

RATED
1AA 375-LB.
DUTY RATING

materials **64 lbs.**
tool belt **18 lbs.**
contractor **260 lbs.**

**342 lbs.**

### RED PRO SERIES FIBERGLASS STEPLADDERS
*Type-1AA 375-lb. duty rating*
4-in solid aluminum rivets attach top rails
U-channel double-braced bottom steps
Wide-traction tred, deeply serrated steps

## $89.99

6 foot ladder
245-6306
(4' thru 12' available)

EDGE™ | Molded External Rail Shields | Slip Resistant | Traction Tred | Tool-Tra-Top®

---

# BERRY
## PLASTICS CORPORATION
### PREMIUM

**NASHUA® 357 DUCT TAPE** *Nashua TAPE PRODUCTS*
*High quality performance*



The industry standard. Puncture and abrasion resistant, great bonding and holding. Works on surfaces where other tapes won't hold.
Wide temperature range.
Thickness: 13 mils
Adhesion: 50 oz/in
Tensile: 43 lbs/in
Color: Silver
**2" (48mm)**
161-3572

### ECONOMY

**POLKEN® 217 DUCT TAPE**
**Features**
*POLYKEN®*
General purpose, light packaging, temporary holding and mending
Thickness: 7.2 mils
Adhesion: 32 oz/in
Tensile: 20 lbs/in
Color: Silver

**2" (48mm)**
161-UT10332

## MULTI-PURPOSE

**POLYKEN® 213 DUCT TAPE**     *POLYKEN®*
**Features**
Contractor applications. Especially useful for outdoor applications such as stucco masking and job site marking
Thickness: 10 mils
Adhesion: 40 oz/in

**2" (48mm)**
161-92T2R



**NASHUA® 398 DUCT TAPE**     **OUR MOST POPULAR TAPE!**
**Excellent for varied uses**     *Nashua TAPE PRODUCTS*

Conforms well to most surfaces, tears straight, hangs straight, curl resistant. Abatement applications, heavy-duty sealing and seaming, long-term color coding
Thickness: 11.0 mils
Adhesion: 49 oz/in
Tensile: 28 lb/in
Color: Silver



| SIZE | PRODUCT NO. |
|------|-------------|
| 2" (48MM) | 161-3982 |
| 3" (72MM) | 161-92T3 |
| 4" (96MM) | 161-92T4 |

**Nashua** TAPE PRODUCTS   **POLYKEN®**

*Polyken duct tapes are a leading brand for industry, construction, and commerce*

DUCT TAPE - Duct tapes offer triple-layer construction consisting of a polyethylene plastic backing for waterproofing, a cloth middle layer that provides strength and affords a straight tear and a rubber-based adhesive for durable holding power. Economy duct tapes offer good adhesion in short-term, low-stress application on relatively clean surfaces with light weather exposure. Multi-purpose tapes have a higher thread count for greater strength, a thicker PE backing for increased durability and more adhesive for better holding power. Premium-grade tapes are constructed for long-term, demanding applications

### CHOOSING A DUCT TAPE

| Brand | Features | Rough/Dirty Surface | Low Residue |
|-------|----------|---------------------|-------------|
| Nashua | Flowable, gasketing adhesives | Best | Good |
| Polyken | Stiffer, low residue | Good | Best |

# AIR/RESPIRATION SAFETY

## SOLARIS® AND SOLARIS FX MULTIGAS DETECTORS

*Affordable, durable, reliable, easy-to-use portable instruments for detecting the presence of O₂, H₂S, CO and combustible gas*

### Features

- Ergonomic Design – For maximum comfort
- Alarm System – Triple alarm system with 100+ decibel audible alarm, multiple high-intensity visual alarm and strong vibrating alarm
- Display Features – Superior display features simultaneous gas concentration display, backlighting for easy reading and alphanumeric message bar for easy use
- Lightweight – Under 8 oz. compact size that makes it easy to wear
- Durable – Case with rubberized armor provides superior protection against liquid and dust ingress * (IP 65 rated)
- Long-life Battery – Rechargeable lithium ion battery provides 14+ hours of continuous run time and delivers best-in-class performance in extreme conditions
- TIM System Compatible – Compatibility for computer automated calibration and record-keeping
- Sampling Pump Option – Optional powered sampling pump with extensive contaminant filtering system
- Differences between Solaris & Solaris FX – LEL sensor – the sensor has faster response and release times for toluene, xylene and other aromatic hydrocarbons
- Solaris FX – ideal for use in the chemical and petrochemical markets, where fast detection and clearing of aromatic hydrocarbons is crucial



**Solaris FX**
**121-10056453**

**Solaris**
**121-10048147**

| PRODUCT NO. | DESCRIPTION |
|---|---|
| 121-10048147 | SOLARIS (W/ DATALOGGING OPTION) |
| 121-10056453 | SOLARIS FX (W/ DATALOGGING OPTION) |
| 121-10071188 | SOLARIS (INDUSTRIAL KIT) |
| 121-10071185 | SOLARIS FX (INDUSTRIAL KIT) |
| 121-10049297 | SOLARIS (DELUXE KIT) |
| 121-10056461 | SOLARIS FX (DELUXE KIT) |

---

## 2200N SERIES N95 PARTICULATE RESPIRATOR

**MOLDEX**

*With Dura-Mesh® Shell*

### Features

- Softspun® lining gives added comfort and durability
- Contour molded nose bridge seals easily without a metal nose band
- NIOSH certified to have a filter efficiency level of 95% or greater against particulate aerosols free of oil
- Available 20 per box



*sale price*
## $15⁹⁹

687-2200N95

---

## 2250/2350 RESPIRATOR LOCKER®

**MOLDEX**

### Features

- Holds five respirators per Locker - a weeks supply in most work situations
- Allows respirator usage to be monitored, which reduces costs
- Handy personal supply for workers in the field
- Separate chamber stores respirator-in-use during breaks
- Hygienic storage for each worker
- Available 5 per locker



| PRODUCT NO. | DESCRIPTION |
|---|---|
| 687-2250 | WITH 5 2200N95 MASKS |
| 687-2350 | WITH 5 2300N95 MASKS |

---

## P100 PARTICULATE FILTER ASSEMBLED RESPIRATOR

**MOLDEX**

### Features

- Filter disk is fiberglass-free, and has a wider field of vision
- Certified under NIOSH 42 CFR 84 to have a filter efficiency level of 99.97% or greater against oil and non-oil based particulate aerosols
- Includes face piece, P100 filters & filter holders



| PRODUCT NO. | SIZE |
|---|---|
| 687-8941 | SMALL |
| 687-8942 | MEDIUM |
| 687-8943 | LARGE |

---

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# FIRE PROTECTION

## FIRE EXTINGUISHERS

*Chemically insulates Class A fires by melting and clinging to the heated surface, smothers and breaks the chain reaction on Class B fires and is a non-conductor of electricity*

**Features**
- UL listed
- High performance, stored pressure dry chemical
- Long range
- Fast flow discharge



| | |
|---|---|
| 2-1/2 LBS. W/VEHICLE BRACKET | 330-205417 |
| 5 LBS. WITH WALL HANGER | 330-205500 |
| 10 LBS. WITH WALL HANGER | 330-205456 |
| 20 LBS. WITH WALL HANGER | 330-20MB3H |



## TYPE 1 SAFETY CANS
*Meets OSHA and NFPA Code 30 requirements*



| SIZE | PRODUCT NO. |
|---|---|
| 5 GAL. NO FUNNEL | 217-UI50S |
| 5 GAL. W/ FUNNEL | 217-UI50FS |
| 2 GAL. NO FUNNEL | 217-UI20S |
| 1 GAL. NO FUNNEL | 217-U10S |
| FUNNEL | 217-F15 |
| BLUE CAN FOR KEROSINE | |
| 5 GAL. NO FUNNEL | 217-UI50SB |
| | |
| YELLOW CAN FOR DIESEL | |
| 5 GAL. NO FUNNEL | 217-UI50SY |

Funnel sold separately

## ECO® GAS CANS
*Meets new California air regulation board requirements*





**1 GAL** 104-AB41SCA

**2 GAL** 104-AB82SCA

**5 GAL** 104-RV520SCA

sale price
$21.99
**5 GAL** 104-AB20SCA

## SALALIFT® II & TRIPOD RESCUE SYSTEM

**Features**
- UL classified 7' (2.1 m) aluminum tripod
- Designed for durability and light weight; easy to set up and transport
- Complete with quick mount bracket for Salalift® II winch attachment
- Rated working load is 350 lbs. (157 kg) for work support or rescue
- Anodized aluminum side plates, zinc plated gears and shafts, stainless steel springs and aluminum drum for superior corrosion resistance
- Winch features 60' (18 m) of galvanized 1/4" (6.4 mm) steel cable



| PRODUCT NO. | DESCRIPTION |
|---|---|
| 230-8300030 | RESCUE SYSTEM |
| 230-8300032 | TRIPOD & WINCH W/ 90' OF 3/16" GALV CABLE |
| 230-8300034 | TRIPOD & WINCH W/ 120' OF 3/16" GALV CABLE |
| 230-8300000 | 7 FT TRIPOD ONLY |
| 230-8102001 | WINCH, 60' OF 1/4" GALV CABLE, BAG, BASE |
| 230-8301000 | TRIPOD, 50' SRL W/ RETRIEVAL, BAG FOR SRL |

## STRONG MAN MESH NETTING
*Vertical debris netting*

**Features**
- Knitted polyethylene threads with reinforced border
- Lightweight - stays flexible in cold weather
- Meets NYC Local Law 61 and OSHA specs
- Available in fire retardant, high-visibility fluorescent orange, fire retardant blue and non-fire retardant black
- Economical and cost-effective
- Hole opening approximate 1/4"




**Non-Fire Retardant Black**

Fire Retardant Orange



| PRODUCT NO | DESCRIPTION | SIZE |
|---|---|---|
| 104-SBN22FR | FIRE RETARDANT ORANGE | 4' X 150' |
| 104-SBN146010 | NON FIRE RETARDANT BLACK | 10' X 300' |
| 104-SBN146012 | NON FIRE RETARDANT BLACK | 12' X 300' |

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# FALL ARREST SYSTEMS

## MILLER GRIP
### Portable anchorage connector

Suitable for vertical or overhead ceiling surface applications

A safe, reusable anchor point

Designed for use in cured concrete

Color coded per OSHA regulations



| PRODUCT NO. | DESCRIPTION | CAPACITY LBS. |
|---|---|---|
| 230-496 | 5/8" ANCHOR | 5,000 |
| 230-497 | 1" ANCHOR | 10,000 |

**MILLER** by SPERIAN

## CROSS-ARM STRAP
### Anchorage connector

1-3/4" durable polyester webbing strap

D-ring which slips through a web loop

Wraps around I-beams and other structures to form a secure anchorage point

6-foot standard length



230-T7314

**MILLER** by SPERIAN

## CARABINERS
Connects to anchor point

Screw type or self locking model

5,000 lbs. tensile strength

Used for connecting retractable lifelines, lanyards etc.



| PRODUCT NO. | DESCRIPTION |
|---|---|
| 230-16D1 | STEEL - SCREW TYPE |
| 230-17D1 | STEEL - SELF LOCKING |
| 230-17D2 | ALUMINUM - SELF LOCKING |
| 230-18D2 | ALUMINUM - SELF LOCKING |

**MILLER** by SPERIAN

## SELF-RETRACTING LIFELINE
### The lightest, most rugged line of composite retractables on the market.

Corrosion-resistant stainless steel and aluminum internal components extend service life

Easy to handle and transport to/from jobsites.

Unique side payout design for smooth operation with less drag.

Smooth, quiet operation



| PRODUCT NO. | LENGTH |
|---|---|
| 230-MP20G | 20 FT. |
| 230-MP30G | 30 FT. |
| 230-MP50G | 50 FT. |
| 230-MP65G | 65 FT. |

**MILLER** by SPERIAN

## TUBULAR LANYARD
### With double locking snap hooks

Smoothly expands 3-1/2 feet to reduce fall arrest forces

Outer jacket serves as a back-up in case of fall

Harness connector; locking snap hook

Anchor connector; locking rebar hook (2-1/4" opening)

Available single ended (230-T5112) or double ended



230-T5122

**MILLER** by SPERIAN

## 13 LINK REBAR POSITIONING ASSEMBLY
Recommended for position only

Frees up hands to work

Built-in swivel

2-1/2" throat opening

Connect quickly and easily to #1 rebar using just one hand



230-6756RS

**MILLER** by SPERIAN

## MILLER REVOLUTION™ HARNESS

### 7 UNIQUE COMPONENTS:

- DUALTECH™ WEBBING
- SELF-CONTAINED LABEL PACK
- ERGOARMOR™ BACK SHIELD
- WEB FINALS
- CAM BUCKLE
- PIVOTLINK™ CONNECTION
- INTEGRATED ACCESSORY SYSTEM

### THE PIVOTLINK™ CONNECTION
Provides an attachment point for a multitude of accessories and individual tool pouches with an innovative design

### AVAILABLE WEBBING OPTIONS



DUALTECH™ WEBBING
230-RDTQCDPU

PYTHON™ WEBBING
230-RPYQCDPU

DURAFLEX™ WEBBING
230-RDFTBDPU

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# HIGHWAY SAFETY

## BARRICADE TAPE
**300' and 1000' rolls**

**White Cap** CONSTRUCTION SUPPLY



Durable non-adhesive, non-conductive polyethylene vinyl
Reusable and sun fast
High visibility

| SIZE | TYPE | COLOR | PRODUCT NO. |
|------|------|-------|-------------|
| 300' | CAUTION | YELLOW | 173-BT300C |
| 1000' | CAUTION | YELLOW | 173-BT1000C |
| 1000' | DANGER | RED | 173-BT1000D |

## PENNANTS
**High visibility UV polyethlene marking flags**

JACKSON

Tensile strength of 107 lbs for extra durability
Standard pack 50



| PRODUCT NO. |
|-------------|
| 121-3006679 |

## TRAFFIC CONES
**White Cap / Jackson Safety**
**PVC Orange Traffic Cones**

JACKSON



| PRODUCT NO. | SIZE |
|-------------|------|
| 121-3004298 | 36"(12LB) W/ REFLEXITE COLLARS |

## STEEL AND WOOD TRAFFIC BARRICADE
**Rugged construction**

Three D Traffic Works, Inc.

Heavy-duty steel construction with plywood panels
Engineer grade orange and white reflective surfaces



| DESCRIPTION | PRODUCT NO. |
|-------------|-------------|
| METAL BARRICADE | 175-HS208 |
| FLASHER LIGHT (NO BATTERY) | 175-BFLL |
| 6-VOLT BATTERY | 309-MN908 |
| KEY FOR LIGHT | 175-BFLK |
| WRENCH FOR LIGHT | 175-BFLWL |

## PLASTIC TRAFFIC BARRICADE
**Open area for custom sign**

Three D Traffic Works, Inc.

Constructed of high impact recycled plastic
Engineer grade orange and white reflective surfaces

*Flasher sold separately*



| DESCRIPTION | PRODUCT NO. |
|-------------|-------------|
| PLASTIC BARRICADE | 175-HS212P |
| FLASHER LIGHT (NO BATTERY) | 175-BFL |
| KEY FOR LIGHT | 175-BFLK |
| WRENCH FOR LIGHT | 175-BFLW |

## FENCE POSTS
**U-Channel and T-Channel**

Painted green to prevent rust
Reusable
Ideal for use with fence barriers listed below
Boot cleat for easy installation
Easy install with mallet



### U-CHANNEL POSTS
| SIZE | PRODUCT NO. |
|------|-------------|
| 48" | 113-FP48 |
| 60" | 113-FP60 |
| 72" | 113-FP72 |
| 84" | 113-FP84 |

### T-CHANNEL POSTS
| SIZE | PRODUCT NO. |
|------|-------------|
| 60" | 113-TP60 |
| 72" | 113-TP72 |
| 84" | 113-TP84 |

## DELUXE DELINEATOR POST
**NCHRP-350 approved**

JACKSON

Standard 4" x 42" high post, overall height 47"
Two 3" reflective bands standard
16" W X 11/2" H octagon base w/ interlocking high-density polyethylene post
Optional 3" round yellow reflective dot on both sides of post for additional safety



| TYPE | PRODUCT NO. |
|------|-------------|
| 42"POST W/ WHITE BANDS & DOT | 121-3008102 |
| 10 LB. BASE | 121-3001742 |

## ORANGE HIGH VISIBILITY FENCE
**Economical plastic warning fence**

TENAX
Man, Technology, Environment.

4 ft. high, 100 ft. roll
Large surface area for greater visibility
Will not corrode or kink
UV resistance up to 2 years
Easy to handle and install
Best for short term applications



| SIZE | PRODUCT NO. |
|------|-------------|
| 4 FT. X 100 FT. | 104-SFORG4100 |
| 6 FT. X 100 FT. | 104-SFORG6100 |

## GRIP AND GO™
**Allows the worker to easily pick up the channelizer cone and base**

Ideal for use in lane closures, channelize and delineate pedestrian and vehicular traffic, parking lots, barricade work zones, flood control
Accomodates any Allsafe-SMC barricade light or barrier tape
Recycled rubber base provides stability and support



| DESCRIPTION | PRODUCT NO. |
|-------------|-------------|
| 42" CHANNELIZER | 175-3018604 |
| 10 LB. OCTAGONAL RUBBER BASE | 175-3009066 |

## TRAILBOSS™ CHANNELIZER DRUM
**Meets the crash worthy requirements of NCHRP-350 with and without lights**

JACKSON

Meets or exceeds all MUTCD specifications
Accommodates barricade Type A or C lights
Patented handle design allows for easy pickup, even with barricade light attached
Tapered design enables nesting for storage or transport
Constructed of linear low-density polyethylene
Dimensions – 39.7" H X 20.5" W at base



| PRODUCT NO. |
|-------------|
| 121-3007653 |

## IMPACT BARRELS
**Tested and certified to meet the crash worthy requirements of NCHRP-350**

JACKSON



Different configurations of barrels are used to create all of the weights used in current standard array geometries (200, 400, 700, 1400, and 2100 lbs)



| WEIGHT | PRODUCT NO. | SHOWN |
|--------|-------------|-------|
| 200–700 LBS | 175-A200 | A |
| 1,400 LBS | 175-IA1400 | B |
| 2,100 LBS | 104-IA2100 | C |

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# JOB SITE PROTECTION

## ZIPWALL® AWARD-WINNING BARRIER SYSTEMS



08CV1840
JUDGE DOW    YM
MAGISTRATE JUDGE SHENKIER

**ZIPWALL**

### Features
One person can put up a 20-foot long dust barrier in less than 5 minutes
Locks in place
Re-usable poles and jacks
Pays for itself in 2 or 3 jobs!
Flexible system

**Low Price $124.99**
104-ZIPWSLP2

**SPRING LOADED 4' 7" TO 12 FT POLES**

| PRODUCT NO. | DESCR. | PRICE |
|---|---|---|
| 104-ZIPWSLP2 | 2PK | $124.99 |

**FOR HEIGHTS UP TO 20 FT. POLES**

| PRODUCT NO. | DESCR. | PRICE |
|---|---|---|
| 104-ZIPWKIT20 | 2PK | $179.99 |

**ZIPPER FOR ZIPWALL**

| PRODUCT NO. | PRICE |
|---|---|
| 104-ZIP | $12.99 |

**ZIPWALL CARRY BAG**

| PRODUCT NO. | PRICE |
|---|---|
| 104-CARRYBAG | $58.99 |

104-CARRYBAG
104-ZIP

This 3-sided plastic dust barrier was put up by one person in *less than five minutes!* No tape, no ladders, and no marred ceilings!

---

### PREMIUM CARPET PROTECTION
**Features**
Superior puncture and tear resistance
Special adhesive "Sticks & Stays", yet easy to remove

| SIZE | PRODUCT NO |
|---|---|
| 24" x 200' | 213-FTC24200P |
| 36" x 200' | 213-FTC36200P |
| 36" X 500' | 213-FTC36500P |
| 48" x 500' | 213-FTC48500P |

### APPLICATOR
**Sold Separately**

| SIZE | PRODUCT NO |
|---|---|
| 24" | 213-FTA24 |
| 36" | 213-FTA36 |
| 48" | 213-FTA48 |

**FILMTEC**



### CORRUGATED PLASTIC CARDBOARD SHEET
*Economical solution for maximum floor protection*
**Features**
Strong and tear resistant
Chemically inert polypropylene will not react with chemicals or floor coatings
Can be duct taped together for secure protection
High compressive strength is 96 p.s.i.
Reusable and washable

| SIZE | PRODUCT NO. |
|---|---|
| 4' X 8' SHEET | 213-PC48 |

### CARPET MASK
*Protect carpeting during repair work or high traffic times*
**Features**
A 3 mil polyethylene film
Pressure sensitive adhesive
Stays where you put it
Resistant to tearing and scuffing

| SIZE | PRODUCT NO. |
|---|---|
| 24" x 200' | 213-CM240200 |
| 24" x 1000' | 213-CM241000 |
| 36" x 200' | 213-CM360200 |
| 36" x 500' | 213-CM360500 |
| 36" x 1000' | 213-CM361000 |
| 48" x 500' | 213-CM480500 |

---

### FLOORLINER
*Protects surfaces from spills*
**Features**
Safe yet highly effective
Use on hardwood floors, bathtubs and tile
First adhesive based runner safe for hardwood floors
Slip resistant, re-useable
Stays in place for up to 120 days

| SIZE | PRODUCT NO. |
|---|---|
| 40" x 56' | 213-FL4056 |



### SHOE COVERS
*Highly breathable polypropylene*
**Features**
Ultimate in comfort
Thick tread on the soles
Extra full cut provides maximum coverage and an excellent fit

| QUANTITY | PRODUCT NO. |
|---|---|
| (1) PAIR | 590-SCBB |
| (10) PAIRS | 590-PBD10 |

### DOOR JAMB SAVER
*Reusable protection for valuable door jambs*
**Features**
This tough, easy to use plastic product snaps around most door casings
Soft foam backing
Unique design that compresses, for storage and transport
Install in seconds with no tools or tape

**FILMTEC**



| SIZE | PRODUCT NO. |
|---|---|
| 6" x 72" | 213-JS6 |
| 8" x 72" | 213-JS8 |

# IRWIN INDUSTRIAL TOOLS
## Frame More Houses. *Faster.*

**IRWIN** Industrial Tools

## MARATHON PORTABLE CORDED CIRCULAR SAW BLADES

- New and improved design
- The Fastest Framing Blade Ever!™
- Every other tooth is thinner for faster cuts
- New heat vent/expansion slot design reduces vibration for longer life and straighter cuts
- Construction grade carbide teeth for longer life
- Reinforced shoulder for added durability
- Fully hardened plate runs truer, longer

**YOUR CHOICE** round or diamond arbor
**$7.99**
173-WD24030
173-RND24030

## MARATHON WITH WELDTEC CIRCULAR SAW BLADE

- WeldTec™ Technology
- UC2™ Carbide
- E.O.T™ Grind Technology
- Innovative Heat Vents & Expansion Slots for Straighter Cuts
- Reinforced Shoulder for Durability

**YOUR CHOICE** round or diamond arbor
**$9.99**
173-WD24035
173-24035





### MAX
**FASTEST SPEEDBOR EVER**
- Tri-Flute for fast chip ejection.
- Cutting spurs have 3 cutting edges for added durability.
- Full screw tip allows bit to self feed.
- Grooved hex shank prevents slipping in chuck or bit extension.
- Fits all 1/4" quick change chucks.

| DESCRIPTION | PRODUCT NO. |
|---|---|
| 1/2" X 6" | 173-3041001 |
| 5/8" X 6" | 173-3041002 |
| 3/4" X 6" | 173-3041004 |
| 7/8" X 6" | 173-3041005 |
| 1" X 6" | 173-3041007 |
| 1-1/4" X 6" | 173-3041009 |

## LARGE CAPACITY CHALK REEL & 2.5 LB CHALK COMBO
*Large capacity reservoir holds 14 oz. of chalk, for minimum downtime*
Steel crank, durable to last longer, handle locks to prevent line tangles
Nylon/Polyester braided line, 2X increased durability, 150' of line-optimal for large jobs
2:1 gear ration, rewinds 2x faster, increased productivity



**BLUE** 173-2036803
**RED** 173-2036804
**YOUR CHOICE** **$29.99**

## PROTOUCH™ RETRACTABLE KNIFE
*Quick change mechanism*
Features inside storage for up to 5 blades
Includes 6 IRWIN BLUE BLADE™ Bi-Metal Utility Blades
*only* **$11.99** 173-2082200



## THE IRWIN BLUE BLADE™
**Patented Bi-Metal Technology**
**Unbreakable Blade**
**Stays Sharp 3x Longer**
**$1.99** 5-PACK 173-2084100
**$24.99** 100-PACK 173-2084400
**IRWIN**

## INDUSTRIAL MARKERS *Sharpie*
*Quick drying permanent markers*

¢99 KING SIZE 182-15101SH
$1.99 PROFESSIONAL SIZE 182-34820SH
$2.99 MAGNUM SIZE 182-44101SH

Prices effective thru 04/2008. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold



# HITACHI

## 3.6V LITHIUM ION CORDLESS SCREWDRIVER

POWERED BY *LITHIUM-ION*

| 44 in/lbs of turning torque to power through fastening applications |
|---|
| Two speeds, 200/600 RPM for better control based on the application |
| 1/4" hex chuck for quick and easy bit changes |
| Built-in LED light to illuminate the work surface |
| Compact and lightweight at only 9.75" in length and weighing less than 1lb. |

*While Supplies Last!*

## $44.99

281-DB3DL

---



# The ARDEX Wall Patching and Finishing System™

## ARDEX OVP™   471-OVP
3 times the coverage of the competition!
- Especially suited for large area repairs
- Extended pot life – 90 minutes
- High yield – up to 300 sq. ft.
- No additives required
- Able to be re-tempered without additional water
- Use to deep fill and skimcoat
- Non-shrinking, sandable
- Paintable in 2-3 hours

## ARDEX TWP™   471-TWP
- For fast track, small area repairs
- Fast-drying, hardens quickly
- High yield – up to 150 sq. ft.
- No additives required
- Able to be re-tempered without additional water
- Use to deep fill and skimcoat
- Non-shrinking, sandable
- Paintable in 15-60 minutes

**For a FREE product demonstration please call 888-512-7339**

*Available at:* HD SUPPLY White Cap CONSTRUCTION SUPPLY

ARDEX

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.



# QUALITY POWER TOOLS

## 13 AMP ORBITAL SUPER SAWZALL® RECIP SAW
*13 amps, 120V*
*1-1/4" stroke length*

0-3000 s.p.m.
Tool weight: 9.8 lbs.

**sale price**
**$189⁹⁹**
131-653621

## DEEP CUT PORTABLE BAND SAW
*6 amps, AC only, excellent balance*

Includes:
Case and Blade

**W/O CASE**
131-6230
**$289.99**



**$319⁹⁹**
131-62326

### YES, WE SELL THE BAND SAW BLADES...

**For use with all band saws with 44-7/8" long blade**

Matrix II high speed steel teeth with 8% cobalt outlast conventional blades up to 3 times

| PART NO. | WALL THICKNESS | TEETH/IN. |
|---|---|---|
| 131-48390500 | 5/16" AND UP | 10 |
| 131-48390510 | 3/16"– 5/16" | 14 |
| 131-48390520 | 5/32"– 3/16" | 18 |
| 131-48390530 | UP TO 5/32" | 24 |

## 1/2" DRILL
*5.5 amps, 0–850 r.p.m., trigger speed control with reversing*

Heavy-duty industrial chuck
Exclusive brush cartridge system, change brushes in less than one minute
Use this tool with a variety of accessories to drill into wood, metal, plastics and composites
Includes: 8', 3-wire Quik-Lok® cord with easy detachment for storage and service



**HOT DEAL!**

**sale price**
**$119⁹⁹**
131-02346

## SAWZALL
*10 amps, 3/4" stroke length, 0–2800 s.p.m.*

Quik-Lok Blade Clamp System
Variable speed trigger
Uses standard 1/2" shank Sawzall blades
Double bearing wobble plate mechanism
Includes: (2) blades; impact resistant case





**sale price**
**$134⁹⁹**
131-650922

### NEW!

### 38-PIECE CUSTOM SHOP INSERT BIT SET





*Case comes complete with Brushed Metal White Cap Custom Shop Logo Plate!*

**sale price**
**$29⁹⁹**
131-48321501



# NEW POWER TOOLS BY DEWALT



## HEAVY-DUTY XRP™ 18V CORDLESS COMBO KIT

- DC925 XRP™ 18V cordless hammerdrill with DEWALT built high power motor delivers 510 unit watts out for maximum performance in all drilling and fastening applications

- Heavy-Duty 1/2" self-tightening chuck tightens throughout operation providing superior bit gripping torque

- DC385 XRP™ 18V cordless reciprocating saw with keyless blade clamp allows for quick blade change without touching blade or reciprocating shaft



*Only*

# $299⁹⁹

324-DC2PAKCA

**Includes:**
DC925 XRP™ 1/2" 18V hammerdrill/drill/driver, DC385 XRP™ 18V reciprocating saw, 1 hour charger, (2) 18V XRP™ batteries, 360° side handle, heavy-duty kit box

---

# DEWALT.

## MOBILELOCK™ GPS LOCATOR WITH ANTI-THEFT ALARM



# TAKE CONTROL.

## HOW THE MOBILELOCK™ UNIT WORKS

The MOBILELOCK™ unit offers jobsite security and 24/7 asset management locating capabilities. Choose between the anti-theft alarm and GPS locator or use both for the ultimate protection.

### 1. ENSURE ASSET IS PROTECTED

During initial set-up, the MOBILELOCK™ unit is mounted on the asset. It can be used either as a deterrent or kept hidden.

### 2. ARM THE MOBILELOCK™ UNIT

Place a phone call to the MOBILELOCK™ phone menu system or go online to the MOBILELOCK™ website to arm the MOBILELOCK™ unit.

### 3. ALARM TRIGGER

If one of the built-in sensors is tripped, the MOBILELOCK™ alarm is triggered. The alarm communication is sent out immediately. The siren is activated (can be silent).

### 4. USER NOTIFIED

Receive notification by phone or email within seconds. Up to three people can be contacted and notified of the alarm.

## HOW THE GPS LOCATOR WORKS



### TRACK EQUIPMENT

At any time, an asset with a MOBILELOCK™ unit attached can be located through Microsoft® Virtual Earth™ mapping on the MOBILELOCK™ website. If the protected asset is lost or stolen, the location will be provided to the user and can be used by the police for recovery. The MOBILELOCK™ locator uses a state-of-the-art technology called Assisted GPS to provide location even in most indoor environments. To do this, the MOBILELOCK™ locator combines a GPS receiver and a cellular phone. The location* is sent over the cellular network. When the GPS satellites are not in clear view, the known location of cellular towers assist in providing the asset location.



# HONDA
## GENERATORS & PUMPS

## 2" STANDARD WATER PUMP



**9,120 g.p.h., 4 hp, 92' max. head**

- Easy start Honda engine
- Suction/discharge: 2"
- Centrifugal, self-priming
- Priming time of 90 seconds at 16.4'
- Cast-iron impeller and volute

**SALE PRICE**
## $399⁹⁹
475-WB20X

**HOSE NOT INCLUDED**

For optimum performance and safety, we recommend you read the owners manual before operating your honda power equipment.
Note: connection of generator to house power requires transfer device to avoid possible injury to power company personnel. Consult qualified electrician.

---

### HONDA
#### GENERATORS & PUMPS

**1-1/2" LIGHTWEIGHT WATER PUMP**
*34,320 g.p.h., 2.5 hp*

- Max. lift: 125'
- Designed for large volume watering applications
- Lightweight and compact design make this pump easy to move and easy to store
- No maintenance electronic ignition



*sale price*
## $429⁹⁹
475-WX15

---

### HONDA
#### GENERATORS & PUMPS

**1-1/4" / 1-1/2" SUBMERSIBLE PUMP**
*2,400 g.p.h., 25' max. head*

- Submersible pump, stainless-steel casing
- 1/3-hp motor runs on 4 amps
- Thermal automatic reset
- Discharge from the top
- 20' cord



*sale price*
## $159⁹⁹
475-WSP33AA

---

### HONDA
#### GENERATORS & PUMPS

**2" TRASH PUMP**
*10,200 g.p.h., 5.5 hp,
4-stroke, o.h.v. engine 83.8 lbs.*

- Oil Alert
- Displacement: 163cc
- Gallons per hr: 10,200
- Max. head: 85 ft.
- Solids handling: 7/8"
- 83.8 lbs.



*sale price*
## $999⁹⁹
475-WT20X

---

### HONDA
#### GENERATORS & PUMPS

**3" TRASH PUMP**
*20,580 g.p.h., 8 hp, 98'
max. head, 242cc, 127.9 lbs.*

- Full frame protection
- Oil alert
- Cast-iron impellers
- Centrifugal, self priming
- Solids handling: 1-1/8"

*sale price*
## $1,199⁹⁹
475-WT30X

---

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# HONDA
## GENERATORS & PUMPS
## EB5000X GENERATOR



**SALE PRICE**
# $1,849⁹⁹
475-EB5000

**11-hp, 6.6 gal. tank, 5,000-watt max.**
- AVR, Oil Alert™, OHV, Full Frame,
- GFCI, Auto Idle, Long Run Time
- 2 Wheel kit with lift hook
- Noise level: 72 dB @ rated load
- Est. hrs. per tank: 5.7 hrs. @ rated load;
  8.5 hrs. @ 1/2 load
- 214 lbs.

### EU2000i GENERATOR
*2.5-hp single cylinder, overhead cam, air-cooled engine*
- Maximum AC output: (50/60Hz) 2,000 watts
- Rated AC output: (50/60Hz) 1,600 watts
- DC output: 12V-8.0A
- 4 hrs. run time @ rated load; 15 hrs. @ 1/4 load
- Fuel tank capacity: 1.0 gal.
- Dimensions: 20"L x 11.4"W x 16.7"H

*sale price*
# $999⁹⁹
475-EU2000I

### EU1000i GENERATOR
*1.8-hp single cylinder, overhead valve, air-cooled engine*
- Maximum AC output: (50/60Hz) 1,000 watts
- Rated AC output: (50/60Hz) 900 watts
- DC output: 12V-8.3A
- 3.8 hrs. run time @ rated load; 8.3 hrs. @ 1/4 load
- Fuel tank capacity: 0.6 gal.
- Dimensions: 17.7"L x 9.4"W x 14.9"H

*sale price*
# $699⁹⁹
475-EU1000I



### EU3000 GENERATOR
*6.5-hp single cylinder, overhead valve, air-cooled engine. Comes with battery*
- Maximum AC output (50/60Hz): 3,000 watts
- Rated AC output (50/60Hz): 2,800 watts
- DC output: 12V-12A
- Run time on one tankful: 7.2 hrs. @ rated load; 20 hrs. @ 1/4 load
- Fuel tank capacity: 3.4 gal.
- Dimensions: 26"L x 17.7"W x 21.1"H
- Dry weight: 134.5 lbs.

*sale price*
# $1,799⁹⁹
475-EU3000

For optimum performance and safety, we recommend you read the owners' manual before operating your Honda power equipment.
**Note:** connection of generator to house power requires transfer device to avoid possible injury to power company personnel. Consult qualified electrician.

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.    *www.whitecap.net*    **MARCH & APRIL 2008**    White Cap CONSTRUCTION SUPPLY    35

# STANLEY **BONUS PACKS**

## 25FT TAPE MEASURE
### WITH FREE UTILITY KNIFE
Low Price
**$19⁹⁹**
291-94531

## 25FT TAPE MEASURE
### WITH FREE MARKER
Low Price
**$11⁹⁹**
291-9155ZZHP



## FAT MAX™ TAPE RULES
**Blade Armor™ coating for maximum durability**



STANLEY

*25' Tape*
**$19⁹⁹**
291-33725

## FAT MAX™ EXTREME TAPE RULE
**25" x 1-1/4" blade with easy-to-read graphics**

- High polished chrome case
- Durable non-slip rubberized grip
- 13 ft. blade standout
- Entire blade coated with mylar



*25' Tape*
**$27⁹⁹**
291-33890L

## POWERLOCK ENGLISH & METRIC TAPE RULE

- Entire blade coated with mylar
- Heat treated spring for longer life
- 16" and 19.2" stud center markings
- Blade remains rigid for 8 feet.
- Positive blade lock will not creep while taking measurements

STANLEY



*8m/26' Tape*
**$21⁹⁹**
291-33428

---

STABILA

# *New* **TECH** **CODE RED** Type 196E

- **Lifetime Warranty on Accuracy of Level**
- **2 Year Warranty on Electronic Module**

- Electrostatic Enamel Finish: Baked on. Tough.
- Easy to Calibrate
- **TWO DISPLAYS** Read in Any Direction
- Slopes, %, 360°, mm/m
- Freeze Reading
- **Vials Readable in Every Direction With No Change in Tolerance**

- Unique Vial Design: Bright, easy to read. Vials will not leak or break. No inaccurate readings from static in dry conditions.

- Easy to Calibrate
- Sound Control
- Tone Out on Any Angle
- Freeze Reading
- Rugged, Wide Frame
- Removable Rubber Endcaps Grip Walls
- Vial Accuracy Locked in for Life

- Flat/Solid Tone = Level or Plumb
- Tone Out On Any Angle
- Battery Life: 40 Hours - 2xAAA
- Accuracy: ±.05° @ Level & Plumb
- Accuracy: ±.2° @ ≥1° to ≤89°
- Removable Rubber Endcaps: Prevent slipping on walls, can be removed in tight spaces and for flush measuring.

**78" LEVEL WITH CASE** 182-37978   **48" LEVEL WITH CASE** 182-37948   **24" LEVEL WITH CASE** 182-37924

---

Prices effective thru 04/30/08. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# Rubbermaid ®

## Commercial Products

### HEAVY DUTY UTILITY CART
**Perfect for transporting equipment and supplies with stability**

- Sturdy structural foam construction won't rust, dent, chip or peel
- Rounded corners protect walls and furniture
- Lightweight and maneuverable
- Large non-marking casters
- 200 lb. max per shelf
- 400 lb. max cart

**30" L X 16" W X 32-1/4" H**
104-4500
**36" L X 24" W X 32-1/4" H**
104-4520



### TILT TRUCK
**Durable, sturdy molded trucks handle heavy loads easily**

- Easy to handle and maneuver through commercial doorways and elevators
- Constant force design allows for controlled dumping by one person.
- "Steering Wheel" handle provides excellent maneuverability
- Optional domed lid available
- Dimensions: 64 1/2" L x 30 3/4" w x 38" h

**850 LB. CAPACITY**
104-1013
**1000 LB. CAPACITY**
104-1315
**2000 LB. CAPACITY**
104-1316

**ALL 1 YARD CAPACITY**

*Standard Duty #104-1305 Shown*



### BRUTE® GRAY TRASH CAN
**Industry leader in waste and material handling applications.**

- All-plastic, professional-grade construction will not rust, chip or peel; resists dents
- Strong, snap-on lids are available for secure, stable stacking
- Reinforced rims add strength and ductability
- Built-in handles allow easy, non-slip lifting and anti-jam nesting
- Double-ribbed base increases stability and dragging capacity
- Gray, White and Yellow are USDA Meat & Poultry Equipment Group Listed and assist in complying with HACCP guidelines
- Easy twist on, twist off dolly provides safe mobility
- Certified to NSF International Std. #2 (gray, white and yellow) and Std. #21 2632/2637-88, 2643/2647-88, 2655/2657-88 are California State Fire Marshal (CSFM) approved when used as container/lid combo

### BRUTE® GRAY TRASH CAN LID

- All-plastic, professional-grade construction will not rust, chip or peel; resists dents
- Strong, snap-on lids are available for secure, stable stacking
- Reinforced rims add strength and durability
- Built-in handles allow easy, non-slip lifting and anti-jam nesting
- Sizes: 32 GAL., 44 GAL., & 55 GAL.

**SOLD SEPARATELY**

### 32 GAL TRASH CAN
*22" dia. x 27-1/4" h*
104-2632

**32 GAL TRASH CAN LID**
104-2631
**LIDS & DOLLIES SOLD SEPARATELY**

### 44 GAL TRASH CAN
*24" dia. x 31-1/2" h*
104-2643

**44 GAL TRASH CAN LID**
104-2645
**LIDS & DOLLIES SOLD SEPARATELY**

### 55 GAL TRASH CAN
*26-3/4" dia. x 33" h*
104-2655

**55 GAL TRASH CAN LID**
104-2654
**LIDS & DOLLIES SOLD SEPARATELY**

### 2640 BRUTE® DOLLY FOR 2632, 2643, 2655 CONTAINERS

- All plastic, professional-grade construction resists rust, chipping and denting
- Heavy duty wheels with swivel capabilities provide for mobility, casters are non-marking

**PRODUCT NO.**
104-2640



# MOTOROLA
## XTN SERIES

The Motorola XTN™ Series of business two-way radios is designed for heavy duty, everyday industrial use. The lightweight XTN Series is perfectly suited for construction, manufacturing, property management, security, retail, and more.

**Range Guide:** Use VHF radios for outdoor jobs with few obstructions and when working in or around buildings, especially steel or concrete. The following guides are for reference only:

| 1-watt VHF | 2-watt VHF | 1-watt UHF | 2-watt UHF |
|---|---|---|---|
| 5 miles | 6 miles | 5 miles | 6 miles |
| 150,000 sq. ft. | 180,000 sq. ft. | 200,000 sq. ft. | 250,000 sq. ft. |
| 4–6 floors | 4–8 floors | 4–15 floors | 8–20 floors |

## All these radios include a Base Charger!

### VHF RADIOS
Operate on 27 VHF business-exclusive frequencies.
Single-channel operation with121 Interference Eliminator
Codes(83 Digital and 38 Analog)



*your choice*
## $169 99
**344-XV1100
344-XV1100Y (YELLOW)**

### UHF RADIOS
2-watt technology provides up to
four times the power of family radios
Operates on 56 UHF business-exclusive frequencies



*your choice*
## $209 99
**344-XU2100
344-XU2100Y (YELLOW)**

## $229 99
**344-XU2600
(6 CHANNEL)**

# MULTIQUIP
## Concrete or Masonry Equipment You Can Rely On.

White Cap's extensive line of Multiquip products includes generators; rammers, rollers, plate compactors and other compaction equipment; light towers; concrete cutting, placing and finishing equipment; dewatering pumps; welders and much more.

## FREE JOBSITE DEMOS
HUSQVARNA OR ANY EQUIPMENT

In SoCal and the Southwest call
**BILL AVERA 714.501.8278**
In NoCal and the Northwest call
**MILT ROUSSEAU 916.417.4903**
In North Texas call
**KYLE BAKER 817.822.1602**
In South Texas call
**DUSTIN PATRICK 512.845.2778**
In Florida call
**ROY HORN 336.382.9800**
Outside these areas call
**800.957.9307**

Prices effective thru 5/4/2008. Subject to availability. White Cap is not responsible for errors or omissions. Pictures may not represent advertised item. Products not in all stores. White Cap reserves the right of resale and the amount of items sold.

# Unique & Creative Concrete Solutions



CHROMIX® Admixtures for Color-Conditioned® Concrete | LITHOCHROME® Color Hardener, LITHOCHROME® Antiquing Release | SCOFIELD® Texturetop™

## the professional choice for decorative concrete



LITHOCHROME® Chemstain™ Classic | LITHOTEX® Pavecrafters® Tools | LITHOCHROME® Tintura™ Stain

*Make the ordinary extraordinary with Scofield's engineered systems for coloring, texturing and improving performance in architectural concrete. Add beauty and durability to walkways, driveways, pool decks and patios. Learn more about using colorful architectural concrete systems for cost-effective new construction or resurfacing. Talk to us about solutions that meet your technical requirements.*

Ask for the



#1 Ranked Brand Name in Concrete Coloring®

*2006 Ace Award for Most Specified Brand Name in Concrete. Top ranked brand name in survey by Concrete Construction magazine.

© L. M. Scofield Company 2008 – All rights reserved. CHROMIX, LITHOCHROME, LITHOTEX, SCOFIELD, Admixtures for Color-Conditioned, Chemstain, Color-Conditioned, Pavecrafters, Texturetop and Tintura are trademarks of L. M. Scofield Company. SDB5785

Available at:



SCOFIELD. SYSTEMS
www.scofield.com















The Contractor Trader
P.O. Box 1770
Costa Mesa, CA 92628-9901

PRSRT STD
U.S. POSTAGE
**PAID**
Whole Cap
Construction Supply

# Wormdrive Guard Retractor

## NEVER PIN YOUR GUARD AGAIN! GREAT FOR PLUNGE CUTS!



### The Original 3rd Hand™

**Meets OSHA Standards**
- Thumb lever allows raising and lowering of safety-guard
- Allows safety-guard to return to its fully closed position immediately upon release.
- Made of durable plastic, aluminum and steel.
- Installs in less than 5 minutes
- Easily installed on these wormgear circular saws: Skilsaw 77® Mag Skilsaw 77® Skilsaw 6-1/2" HD 5825, Bosch 1677 MD® Skilsaw 8-1/4" HD 5860, Craftsman Model 2761

*For Only*
**$39⁹⁹**
106-WDGR

—OR—

## Purchase 50 Marathon Blades...



ⓒ **$7⁹⁹** each
173-WD24030
173-RND24030

and get a
## Wormdrive Guard Retractor
*FREE!*

## DON'T FORGET TO ORDER THE...

**CARBIDE BLADES**



**FIBER CEMENT, METAL CUTTING, & ABRASIVE BLADES**



**DIAMOND BLADES**



**BLADE ROLLER**
Turn your hand-held saw into a miniature concrete saw in seconds

The Blade Roller is a removable rolling platform for your circular saw

It attaches with no tools and is made of high-strength, lightweight aluminum to ensure longevity

Non-marking wheels

OPTIONAL HANDLE
106-BRHDLSK01



106-BR