**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HILTI, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WHITE CAP CONSTRUCTION SUPPLY, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
FILED
MARCH 31, 2008                    YM
Civil Action No. _____
08CV1840
JUDGE DOW
MAGISTRATE JUDGE SHENKIER
```

NOTIFICATION OF AFFILIATES – LOCAL
<u>RULE 3.2 DISCLOSURE STATEMENT</u>

　　Plaintiff, Hilti, Inc. ("Hilti"), is a wholly owned subsidiary of Hilti of America, Inc.

No publicly held company owns 5% or more of the stock of Hilti.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: <u>March 31, 2008</u>　　　　　　　s/Philip A. Jones
　　　　　　　　　　　　　　　　　　　　Philip A. Jones
　　　　　　　　　　　　　　　　　　　　BRINKS HOFER GILSON & LIONE
　　　　　　　　　　　　　　　　　　　　455 N. Cityfront Plaza Drive
　　　　　　　　　　　　　　　　　　　　NBC Tower, Suite 3600
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60611
　　　　　　　　　　　　　　　　　　　　(312) 321-4200

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　HILTI, INC.