U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08CV1840
HILTI, INC.,
      Plaintiff,
v.
WHITE CAP CONSTRUCTION SUPPLY, INC.,
      Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HILTI, INC.

| | |
|---|---|
| NAME (Type or print) <br> Philip A. Jones | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Philip A. Jones/ | |
| FIRM <br> BRINKS HOFER GILSON & LIONE | |
| STREET ADDRESS <br> 455 N. Cityfront Plaza Drive, Suite 3600 | |
| CITY/STATE/ZIP <br> Chicago, IL  60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06217213 | TELEPHONE NUMBER <br> 312-321-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |