**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Hilti, Inc.

                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−01840
                                                      Honorable Robert M. Dow Jr.

White Cap Construction Supply, Inc.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

        MINUTE entry before Judge Honorable Robert M. Dow, Jr: Status hearing set for
5/22/2008 at 09:00 AM. and parties are to report the following: (1) Possibility of
settlement in the case; (2) If no possibility of settlement exists, the nature and length of
discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of
the courts action herein. Lead counsel is directed to appear at this status hearing. Parties to
prepare and submit a joint status report within two days prior to status. (See Judges web
page for status report)Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.