IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HILTI, INC., <br>       Plaintiff, <br> v. <br> WHITE CAP CONSTRUCTION SUPPLY, INC., <br>       Defendant. | ) <br> ) <br> ) Civil Action No. 1:08 CV 1840 <br> ) <br> ) Judge Robert M. Dow, Jr. <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Hilti, Inc. voluntarily dismisses the above-captioned action with prejudice. The parties have reached a settlement in this case.

This action was filed on March 31, 2008. Defendant White Cap Construction Supply, Inc. has not yet served either an answer or a motion for summary judgment.

Respectfully submitted,

HILTI, INC.

Dated: June 3, 2008

Philip A. Jones
Heather Schafer
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
(312) 321-4200

Attorneys for Plaintiff,
HILTI, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**, was served on opposing counsel by first class mail on this 3rd day of June, 2008 addressed as follows:

Sharla Barlow, Esq.
Senior Corporate Counsel
White Cap Construction Supply, Inc.
3100 Cumberland Blvd.
Atlanta, GA 30339

_____